FILED

MAR – 5 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **4:20CR00167 HEA/DDN** |
| | ) No. | |
| DAVID W. MAAS, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### General Allegations

The Grand Jury charges that:

At all times relevant to this Indictment:

1.      The Woodson Terrace Police Department ("WTPD") was a law enforcement agency in the Eastern District of Missouri.

2.      Among other functions, the WTPD was responsible for investigating crimes committed in Woodson Terrace, Missouri.

3.      Members of the WTPD also assisted other municipal police departments located in and around St. Louis County, on an as needed basis.

4.      Defendant DAVID W. MAAS, was employed by the WTPD as an officer.

5.      Defendant DAVID W. MAAS, was sworn to uphold the United States Constitution as well as the laws of the State of Missouri.

## COUNT ONE
### [18 U.S.C. § 242]

6.      Paragraphs 1-5 of the General Allegations are incorporated by reference in this count.

7.      On or about April 14, 2019, within the Eastern District of Missouri, the defendant,

### DAVID W. MAAS,

while acting under color of law, willfully deprived I.F. of the right to be free from unreasonable

seizure, a right secured and protected by the Constitution and laws of the United States, which

includes the right to be free from unreasonable force. In so doing, the defendant kicked and

struck I.F. while he was compliant and not posing a physical threat to anyone. This offense

resulted in bodily injury to I.F. and included the use of a dangerous weapon, to wit: shod feet.

In violation of Title 18, United States Code, Section 242.

A TRUE BILL

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney