IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 4:20CR000167 HEA |
| v. | ) |
| | ) |
| DAVID MAAS, | ) |
| | ) |
| Defendant. | ) |

## THE GOVERNMENT'S RESPONSE TO
## DEFENDANT'S REQUEST FOR DISCLOSURE OF EXPERTS

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Christine Krug and Hal Goldsmith, Assistant United States Attorneys for said District, and states that it does not intend to utilize testimony under Rules 702, 703, or 705.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/ Christine H. Krug*
CHRISTINE H. KRUG #42586MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, MO  63102
Christine.Krug@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Neil Bruntrager, Attorney for Defendant.

*/s/ Christine H. Krug*
CHRISTINE H. KRUG #42586MO