**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Cause No. 4:20-CR-00167-HEA |
| | ) |
| DAVID MAAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION FOR CONTINUANCE**

Comes now Defendant David Maas, by and through his undersigned Counsel, and respectfully requests that the matter that is set for trial on August 15, 2022 be continued. This request is in the interest of justice and is not in the purpose of undue delay. Further, the Defendant requests that the Court reset the matter at the Court's convenience and for such other and further Orders that shall deem just in the premises.

BRUNTRAGER & BILLINGS, P.C.

/s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
314- 646-0066
Fax 314-646-0065
Email: njbatty@aol.com

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2022, the foregoing **Motion for Continuance** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

                                              /s/ Neil J. Bruntrager