**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 4:20-CR-00167-HEA |
| | ) | |
| DAVID MAAS, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

**<u>DEFENDANT'S PROPOSED VOIR DIRE</u>**

Comes now Defendant David Maas, by and through his undersigned Counsel, and hereby submits the following questions that Defendant intends to include in his voir dire of the venire:

1. Have you read or heard anything about this case before coming here today?

2. [Have juror relate substance/and source of information, preferably sidebar].

3. Because of the publicity, do you think that the Defendant will get a fair trial?

4. What did the publicity in this case make you think about my client?

5. Does anyone support or belong to any organizations that have been involved in protests about the police or police actions? If the answer is yes, what organizations do you belong to?

6. If the answer is yes, have you ever personally participated in any protests involving the police or police activity?

BRUNTRAGER & BILLINGS, P.C.

 /s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
314- 646-0066
Fax 314-646-0065
Email: njbatty@aol.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2022, the foregoing **Proposed Voir Dire** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

 /s/ Neil J. Bruntrager_____