# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cause No. 4:20-CR-00167-HEA |
| ) | |
| DAVID MAAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### FOURTH MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING

Comes now Defendant, David W. Maas, by and through Counsel, Neil J. Bruntrager of Bruntrager & Billings, P.C., and respectfully requests that the change of plea hearing in this matter currently scheduled for October 25, 2023 be continued. As grounds therefore, Counsel for Defendant states as follows:

1. Counsel for the Defendant tested positive for COVID on Tuesday, October 25, 2023 and due to the illness will be unable to appear in Court on October 25, 2023.

2. This request is not for the purpose of undue delay but is in the interest of justice.

Wherefore, the Defendant respectfully requests that the change of plea setting in this matter be continued from October 25, 2023 and placed back on this Court's docket on a date convenient to this Court, but no earlier than Tuesday, October 31, 2023 to allow proper quarantine time, and for such other and further orders as to the Court shall seem just in the premises.

BRUNTRAGER & BILLINGS, P.C.

 /s/ Neil J. Bruntrager
Neil J. Bruntrager #29688
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri  63105
314- 646-0066
Fax 314-646-0065
Email: njbatty@aol.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2023, the foregoing **Motion for Continuance of Change of Plea Hearing** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

  /s/ Neil J. Bruntrager_____