Honorable Henry Autrey
United States District Court for Eastern Missouri
111 South Tenth Street
St. Louis, MO 63102

**RECEIVED**

**MAR 07 2024**

Re: David Maas

Dear Judge Autrey:

**BY MAIL**

My name is Thomas Venegoni, and I am a Policer Officer for the City of Maryland Heights. I am writing on behalf of David Maas to provide a character reference for your consideration during the punitive phase of his case.

Dave and I met when we both worked for the City of St. John. He was a young patrolman, and I was a young Sergeant. Dave was eager to learn, and he did his job exceptionally well for having rookie status. His work ethic was a direct result of his passion to protect and serve the citizens of the community.

I left the City of St. John, which led to a 29-year career with the Maryland Heights PD. Dave and I stayed connected over the years. We worked together on charity events, and I would ask Dave to assist me when I conducted training classes at the St. Louis County Police Academy. Dave is a good family man, and I know firsthand that he has a close relationship with his sons Nathan and Zachary. His sons look up to him for guidance and inspiration. Nathan is a successful businessman in Texas, and Zachary followed his father's footsteps and became a police officer.

A policeman's job can be very stressful. It's nearly impossible to express to the average citizen what goes on inside the mind and body when faced with a violent and hostile situation.

I ask that you consider this and find it in your heart to issue Dave probation when deciding the punitive phase of this case.

I can say with complete sincerity that Dave Maas is a good person, citizen, father and now grandfather.

Respectfully,

*[signature]*

Thomas Venegoni
314.772.2804

Thomas Venegoni
30 Muirfield Hill Ct S
St. Charles, MO 63304

SAINT LOUIS MO 630
5 MAR 2024 PM 5 L



HONORABLE HENRY AUTREY
111 S. 10TH ST
ST. LOUIS, MO 63102

RECEIVED
MAR 07 2024
BY MAIL

63102-112599