# Woodson Terrace Officers Honored for Bringing Gift Box to House Fire Victims

Derrion Henderson

6 years ago

https://fox2now.com/news/woodson-terrace-officers-honored-for-bringing-gift-box-to-house-fire-victims/amp/



WOODSON TERRACE, Mo. – Christmas lights are still hanging as a reminder of a cold New Year's Eve day that turned into a burning tragedy for Calvin Warren and his family.

"I was about to cry that night because we didn't know what we was going to do and I was just devastated," Warren said.

Before the blaze took over his home, Warren says he started to see a stream of smoke coming from the attic.

What he thought could've been handled by using some fans ended up being a more difficult task.

"I couldn't get nothing but cups because the water hose is frozen," Watson said. "So, I'm getting cups and water and throwing it on the fire that's dripping

so the house wouldn't blow up. That's when the police came in and grabbed me, like, 'Get out the house!'"

That quick action saved Warren's life because, within minutes, he watched his home go up in flames.

Following the blaze, his family sifted through their belongings to salvage what they could, but it was the actions of two responding officers that touched Warren and his wife.

"Next thing we know, the police had come back and they had big box," Warren said.  It had Homemade cookies in Ziploc bags, bears, juice, you name it! I don't see how they put it together that fast!"

"They went beyond what they were supposed to do by bringing that food back for my kids," Aisha Wilson said.

With that heartfelt moment on his mind, the father of four wrote a letter to Woodson Terrace Police Chief Butch Mayberry and the board of aldermen.

On Thursday, the board read that letter in their meeting to honor **Officer David Maas and his partner** for their thoughtful gesture.

"We didn't do anything that these guys out here don't do every day," **Maas** said. "We just responded to the call and helped him the best way we could at the time!"

"You hear people say they signed up for it that's what they get paid for, but its deeper than that, its way deeper than that," Warren said.

Chief Mayberry was also recognized for his 40 years on the force. The chief said following the meeting that it's situations like this that remind him of the good people on his force and in the community.

Your Honor,

I am writing to provide you with a character reference for Dave Maas, who is currently facing a criminal charge in your court. I have known Dave for 25 plus years and can quite confidently attest to his kind and compassionate character.

I have spent my entire life around many men and women of law enforcement. My father retired as a Chief of Police. I wholeheartedly consider Dave to be one of the most empathetic, fair and reasonable men to have ever worn the uniform. His compassion and humanitarian traits make him the man that we all love and respect. Dave has always conducted himself with honor, respect and integrity. He is the guy that would walk into a burning home knowing he may not come out alive just to save another life, not knowing who was on the other side of the door.

Dave has given back to his community in so many selfless ways, and he is respected and loved by many. Since the abrupt end to his career, I have watched Dave grow into an even better friend, and more selfless human. The integrity of a man should not be measured by the good times they are having, it should be measured by who they are in their most difficult times.

Your honor, respectfully, if I ever have to call 911 for any reason, I pray that an officer with the experience and integrity of Dave Maas shows up on my behalf, or for any of my loved ones, including my bi-racial son and African American husband.

Unfortunately, we live in a world of propaganda and politics, with implied divisiveness and racism. While those beliefs may exist in some, it absolutely does not exist in Dave. It's so unfortunate that the situation Dave is in has come to the extent it has. It's awful that this world we live in today is so painted in black and white.

Dave is a fiance, a father, a grandfather, and a friend and has been a pillar in his community for many, many years.

I pray as the years grow that the men and women that wear that uniform don't become so afraid to do their job that our families become victims because we have punished them for trying to protect us.


Kind Regards,

Stacy Taylor
Business Manager

# St. John Police Department

COL. ROBERT N. CONNELL
CHIEF OF POLICE

8944 St. Charles Rock Rd • St. John, MO 63114
PH: (314) 427-8700 • Fax: (314)427-6818
stjohn@cityofstjohn.org

CAPT. PAUL C. ANDERSON
ASST. CHIEF OF POLICE

26 February, 2024

Honorable Henry Autrey,

I am writing this letter on behalf of David Maas.  Please except this as a letter of reference to his character as I have witnessed.

I have been working in the profession of law enforcement for nearly twenty-two (22) years and in that time I have come to know Mr. Maas while he was employed by a neighboring law enforcement agency. Mr. Maas performed well as both 'guardian' and 'warrior' in our profession.  He brought experience, ability and compassion to each and every call we worked together on.  Mr. Maas was the type of Officer that everyone knew they could depend on to do the right thing.  Younger, inexperienced Officers became more confident when Mr. Maas arrived on scene.  He added comfort to those who were unsure how to work certain types of calls for service and likewise to those in the community he served.

Mr. Maas was always there to give advice and support any officer or resident he came across in his duties.  He is truly respected as a leader among Officers from multiple police departments.  Residents could always depend on Mr. Maas to help them in any way he could.  One example was a family who experienced a house fire where they lost everything.  Mr. Maas took it upon himself to contact several local organizations and was able to provide new clothing and toys to the family in their time of need. Mr. Maas did this on his time off.

I appreciated my time working with Mr. Maas and would trust him with my life.  It is an honor to call him a friend and fellow Police Officer.  He served our local communities well and provided unrivaled service to those who could not help themselves during their time of need.

Thank you for your review and consideration.

Respectfully,

Robert Connell
Police Chief / City Manager
City of St. John





HONOR • INTEGRITY • LOYALTY • RESPECT
WELLNESS
TRANSPARENCY • ACCOUNTABILITY
PROFESSIONALISM • SAFETY




# City of St. John

## INTER-DEPARTMENTAL MEMO

**To:**  Sgt. K. Russ

**From:**  Capt. C. Barger

**Subject:**  Letter of Recognition

**Date:**  06/09/91

Sgt. Russ,

 Please pass on to Officers Huffmon and Maas a job well done in their handling of a sick case which occurred at 3416 Brown on 06/09/91.

 The grandfather, Robert Cockrum, of the victim called and expressed his thanks to the officers at the speed of their response and the professional manner in which they handled the situation.

 This is yet another example of the fine personnel which the City of St. John is fortunate enough to have employed. Again, thanks for a job well done.

cc: personnel files

# *City of St. John*

## INTER-DEPARTMENTAL MEMO

**To:** CHIEF MILAM

**From:** SGT. RUSS

**Subject:** CERTIFICATE OF MERIT

**Date:** 4/18/93

SIR;
    FOR THE YEAR IF 1992 THE MIDNIGHT WATCH MADE A TOTAL OF 112 D.W.I.
ARRESTS. THE FOLLOWING IS A BREAKDOWN OF THE OFFICERS INVOLVED,
SGT. RUSS  36 D.W.I. ARREST
PATN. HUFFMON 42 D.W.I. ARREST
PATN. MAAS 29 D.W.I. ARREST
PATN HOUSE O5 D.W.I. ARREST

90 PERCENT OF THE D.W.I. ARREST WERE SELF MOTIVATED,WITH 1O PERCENT
BEING CALL RELATED SUCH AS A 1050 OR A CITIZEN MAKING AN OFFICER
AWARE OF A POSSIBLE INTOXICATED DRIVER.
I FEEL 2 OFFICERS ON MY SHIFT DID AN OUTSTANDING JOB IN MAKING THESE
ARREST AND THEIR CONCERN FOR PUBLIC SAFETY. I AM RECOMENDING OFFICER
HUFFMON DSN 142 AND OFFICER MAAS DSN 147 FOR A CERTIFICATE OF MERIT
FOR THE EXCELLENT JOB THEY BOTH DID. BOTH OFFICERS ARE HIGHLY MOTIVATED
AND HAVE A GOOD WORKING RELATIONSHIP.

RESPECTFULLY SUBMITTED,

*Sgt. Russ 132*

SGT. K. RUSS 132

# *City of St. John*

## INTER-DEPARTMENTAL MEMO

**To:** P.O. MAAS #147

**From:** CAPT. J.R.MORRIS #148

**Subject:** COMMENDATION

**Date:** 09/13/95

    DURING THE MONTHS OF JUNE AND JULY OF 1995, YOU WERE RESPONSIBLE FOR THE ARRESTS OF TWENTY-EIGHT (28) D.W.I. OFFENDERS.

    YOUR SKILL FOR IDENTIFYING IMPAIRED DRIVERS RESULTED IN SUCCESSFULLY REMOVING DRUNK DRIVERS FROM OUR STREETS. EACH TIME A D.W.I. OFFENDER IS ARRESTED; OUR STREETS AND HIGHWAYS BECOME MORE SAFE FOR OUR CITIZENS.

    CONGRATULATIONS ON YOUR SUCCESS.

CAPT. J.R.MORRIS #148

To: P. O. David Maas

From: Capt. J. R. Morris

Subject: Arrest (Report #96-43833)

Date: February 9, 1996


On February 6, 1996 you conducted a routine vehicle stop for a
vehicle equipment violation. During the course of your
investigation, you observed (in plain view) a variety of
narcotics within suspects' vehicle. Once suspect was placed
under arrest, an inventory search of vehicle resulted in the
recovery of a fully loaded semi-auto pistol.

Your skill in identifying traffic violators, as well as your keen
observations, resulted in a "routine" traffic stop escalating
into a felony drug and weapons arrest. Consequently, there is
now one less gun on the street and less drugs.

Good arrest! Good job!

Capt. J. R. Morris

# CITY OF ST. JOHN

## INTER-DEPARTMENTAL MEMO

TO:  P. O. Dave Maas

FROM:  Capt. J. R. Morris JRM#148

DATE:  February 26, 1996

RE:  Officer of the Year

P. O. Maas:

I am pleased to inform you that you have been nominated Officer
of the Year for 1995.

Many of the comments received from your fellow officers speak for
themselves, such as:

- Your pride in your work
- Your high level of enthusiasm
- Your high level of productivity

During the year of 1995, you made a total of sixty (60) D.W.I.
arrests.  Overall, you made ninety-six (96) arrests for 1995.
Several of these arrests resulted in your seizing illegal drugs
and firearms.  It is hard to determine the number of lives saved
and accidents prevented as a result of your D.W.I., drug and
firearms arrests.

I have to commend you on behalf of the members of the St. John
Police Department for your devotion to duty and your sincere
efforts and contribution towards making the St. John Police
Department a professional organization.  You are truly an asset
to our department and the entire St. John community.

Good job!!

10-26-98

To: Police Chief of St. Johns,

My name is Kathy Hinkle, I live at
9630 Muriel Ave, Breckenridge Hills, Mo.
There was a burglary at my house on
Oct. 14, 1998. Two of your officers respond-
ed and helped out the police in Brecken-
ridge. Those officers were Dave Moss
and officer Kelley Russ.
   I just wanted to say it's nice
to know that there are good officers
like them. They helped to catch the
burglarys. They were very kind to
me upon my arrival. I was at
work when it happened.
   I wanted to say Thank you to
them both. Please tell them both I
appreicate everything they did. It's
good cops like them that try to
make our streets safer.
   Thanks for helping out Officer
Kelley Russ and Officer Dave Moss.

Yours truly,
Kathy Hinkle

TO:          Sgt./Kelly Russ

FROM:        Chief Terry Milam

SUBJECT:     Job Well Done!

DATE:        December 29, 1998

I received a call today from a Harold Kaiser, who is the
father of a young lady who lives at 3553 McKibbon who has
Muscular Distrophy. She apparently fell while attempting to
get out of bed on December 23, 1998 at 4:20 am and became
lodged between the wall, her bed and a handicap bar. Officer
Goewert, assisted by Cpl. Maas responded to the residence
and were able to free the young lady. Her father called to
let me know how appreciative he was and that they handled
the situation in a most polite and professional manner.

Please convey my appreciation to each officer for a job well
done in upholding the high professional standards of our
department.

## ST. JOHN POLICE DEPARTMENT
## INTER-DEPARTMENTAL MEMO

CC: Chief Milam
Personnel File

**To:** Captain Morris

**From:** Ptn: Everingham

**Subject:** OFFICER MAAS ; Wrestling Team

**Date:** 11-10-99

Sir,

I wanted to take this opportunity to express my gratitude to officer Maas for his involvement with the Ritenour High School Wrestling Team. This really helps the Department as well as the staff. I have gotten several good reports from coach Van Noy on Ptn: Maas and his expertise in wrestling. I wish more officers would show the dedication Maas has shown to the High School Athletic Program. I have personally found that these students desperately need role models. I hope you could relay my appreciation to the officers / staff.

Respectfully Submitted

Ptn: Everingham Q.S.N. 16

# BRECKENRIDGE HILLS    POLICE DEPARTMENT

9623 Saint Charles Rock Road    Breckenridge Hills, MO 63114

ESTABLISHED 1950

Chief Darrin Scott Robinson
Breckenridge Hills Police Department
9623 St Charles Rock Road
St Louis, MO 63114

Your Honor,

A little about myself, my name is Darrin Scott Robinson and I am currently the Chief of the
Breckenridge Hills Police Department located in St Louis County. I have been in law enforcement and
with the Breckenridge Hills Police Department since 1991. Since then I have worked as a patrolman,
detective and was assigned as an investigator with the Major Case Squad for numerous years. In 2022,
I was promoted to Chief of Police.

I am writing to you on behalf of David Maas, I have known Dave for the better part of thirty years. We
entered law enforcement at approximately the same time. Since getting to know Dave, he has always
been a dedicated law enforcement officer. Dave has always been one of the first on scene to help out
and was always willing to go above and beyond. In the many years Dave has patrolled the streets for
the communities he had worked for, the neighborhoods were a safer place. It is my hope that when
rendering a verdict, you will look back on all of the good that Dave has done as an officer in his many
years of service. Thank you very much for your time and for your service.

Respectfully,

*Chief Darrin Scott Robinson # 220*

Chief Darrin Scott Robinson # 220
Breckenridge Hills Police Department
Office – 314-426-1214 ext 139
Mobile – 314-277-8194

---

**(314) 426-1214 OFFICE**                    OVER 50 YEARS SERVICE & PROTECTION                    **(314) 427-0813 FACSIMILE**

© 2009 Breckenridge Hills Police Department

A PROGRESSIVE POLICE AGENCY                                    YOUR SAFETY IS OUR PRIORITY

Beth Ruckman                                              February 18. 2024
2527 Wallis Ave.
Overland, MO 63114
(314)913-0841
bethruckman@overlandmo.org


Dear Judge Henry Autrey,

My name is Beth Ruckman and I am writing to you today on behalf of David W.
Maas. I have known Dave for approximately 4 years through my family business,
Carol's Corner Florist. I first met Dave when he was helping his friend redo a piece
of yard art for us and added a few extra touches that really impressed me. He
offered his services for future projects and we have used him exclusively since
then (with his friend's blessing). Dave has helped several friends of mine with
emergency yard problems, he has been generous with extra work he does for no
additional charge and is reliable and courteous. I trust him implicitly as it concerns
our business.

 Even though our relationship is purely business, through time and many
conversations, a friendship has formed. He talks with great pride and love about
his family, his love of art and flowers and even about his former job as a police
officer with Woodson Terrace. He took that job very seriously. I feel that he was
from a time when the oath "protect and serve" was all encompassing and if/when
you were confronted with a dangerous situation, you made sure that any threat
to you, the other officers and any potential bystanders was neutralized and you
and the other officers were able to go home to your families after your shift. A
former Chief of Police told me that you need to have the upper hand at all times
or you may not see the end of your shift.

With that being said, I am asking you for leniency in your sentencing decision. I
feel that his reactions were a direct result of that very specific sequence of
events. Not being a Police Officer is certainly a punishment, one that he feels
every day of his life. Thank you for taking the time to read this and I appreciate
your consideration.

Sincerely,

Beth Ruckman, Councilperson of Ward 1, City of Overland

David Goewert
2008 Moondance Drive
O'Fallon, MO 63368
2/01/2024


Judge Henry E. Autrey
U.S. District Court
St. Louis, MO


Dear Judge Henry E. Autrey:

 I am writing this letter on behalf of David "Dave" Maas, a former police colleague and lifelong friend of mine. Dave served as my FTO and partner beginning October 13th, 1997, when I started my now ongoing 25-year career journey in the City of St. John, MO. When I began my first shift with Dave, I learned quickly about being an honorable police officer in not only his words, but in his actions. Dave taught me how to be a better police officer by properly serving the community and residents and how to handle the risks of protecting myself and others. There was never a time I witnessed Dave use excessive force and he was always adamant in his teaching to never strike a handcuffed individual. Dave Maas served in a distinguished and honorable manner, and I credit my knowledge and the successes I have experienced over my 25 years of police duties to his devotion to being a professional police officer and serving and protecting the public as his oath required of him.

As a friend of 25 years, I cannot speak enough about Dave's character and devotion to family and friends. He is someone I have trusted without doubt and someone who would be the first to come to help in a time of need. I have always truly believed if something ever happened to me or if I lost my life in the life of duty, it would be Dave I would want to tell my wife and kids. I know Dave would show them the utmost compassion and empathy. I know in my heart he would be there in any of their needs. I truly trust Dave with everything important to me.

Dave and I would have lots of conversations while working or away from work. We would talk about our kids and brag to one another about how well they were doing. My oldest in the Air Force and Dave's a now police officer in Lake St. Louis, MO. We would talk about our interests in sports, especially softball and his love for plants and lily flowers. He created one type and was able to name it himself. Pretty interesting his life balance of sports and horticulture. We would talk about life, and I believe these conversations exemplified the well-rounded individual Dave is as a person. Dave is a good human being.

I do want to address a concern with the courts we find ourselves in this country. Trials now have so many delays and excuses for not beginning, and I understand in this case that Dave's cardiac emergency situations added to the delay, but there are also so many delays by prosecutors in many cases like this who have the free ability to delay and force defendants to choose between fighting charges and finding

Judge Henry E. Autrey
2/01/2024
Page 2

an ability to financially stay in the fight. The battle against deep endless government pockets is for most defendants an insurmountable feat. It is shameful and not what the forefathers expected in the rights of all Americans.

In this case, I have additional concerns as a current police officer and resident of the state of Missouri and this court. This entire incident began with a person who decided to commit a violent act against an elderly woman in Bridgeton, MO. I am sure she was traumatized and was victimized by a person who did not have any concern for her rights or value her as an elderly human being. The person took her vehicle and once pursued by police showed no regard for other motorists, possible pedestrians, and police officers as he drove at high speeds and struck three occupied police vehicles. Even after the last vehicle crash into a St. Ann cruiser, which resulted in the confrontation with Officer Maas, he showed reluctance to surrender while being given lawful commands to lay down. His compliance was slow and appeared less than willing to voluntarily stop his reckless action and allow for his eventual arrest.

This incident and circumstance took me to a training I attended as an O'Fallon officer that the FBI conducted a few years ago along with my entire 100+ officers. The class was titled "Color of Law" and is to the heart of the charges Dave Maas was facing and subsequently "plead guilty." The FBI agents described a "Color of Law" violation as "one would have to wake and start their day with the intent to violate a said person's right." I even asked the agent to clarify his training statement and he said in essence of this case, Officer Maas would have to wake in the morning with the mindset and actions to directly violate the perpetrator in this case rights. That doesn't seem reasonable in my experience and training, and I often deliberate what that agent said in my mind. The training also had a training video which focused on the use of force in shootings. In one video a subject is seen armed and being given commands by an officer to drop his weapon and lie on the ground. The subject appears to slowly comply, but as he reluctantly put one gun on the ground, he is pulling a second gun from behind his back and is shot by a responding officer. The video of the subject's reluctance with a firearm capable of lethal consequences being pointed directly at them to fully comply truly resembled what I saw in the video at the heart of this case. I imagine if I was in Dave's position and after the careless and deliberate crimes the reportedly armed subject in this case had chosen to commit, and the information relayed there were two subjects in the vehicle when Dave ran up to effect an arrest, actions of any officer could have been much worse long prior to the ending seen on video.

Your Honor I tried to find a copy of this training and so did many others, but it was never provided. A person who knows one of the Agents who taught the "Color of Law" training, asked the the agent for the training. The agent asked the person if her request was in reference to "Dave Maas case" and when the person acknowledged it was, the agent advised she would not get it and "it's gone." Whether this training provided to a lot of officers is relevant, I believe it is worthwhile information and a good question of our officers being trained properly by the FBI. Officers make split second decisions and all information and training should be within the scope of the duties and within the true understanding of the "Color of Law." I will continue to try to understand the training and lack of providing the materials.

Judge Henry E. Autrey
2/01/2024
Page 3

I would like to end my letter with my appreciation to you if you truly read and try to understand my descriptions of this case and of my friend Dave Maas. Pleading guilty due to financial limits and the weighing of risks of whether you will see your aging parents again due to incarceration. There are people involved in this case who will most likely reoffend and continue to have criminal issues against society, but Dave Maas will not. He has lost his career in Law Enforcement but has stayed gainfully employed. He has suffered cardiac related emergencies but continues his life every day thinking of others and his family. He has become a grandfather during this case and continues his passion for horticulture. Dave is a good human being who has found himself involved in split-second circumstances while trying to keep the community safe.

In life we weigh our options and at times these thoughts can be confusing and hard. Dave has made decisions in this case for others and the importance of being with them or with them again in this life. It caused me reflection of a topic he and I would have discussions about on several occasions. Dave would ask "have you ever thought about how many Christmases you have left?" That would cause him and I a lot of self-reflection and thought and would often cause us to think about the importance of family and friends. Dave's decision in this case correlates with the conversation of how many Christmases. Dave is having to make a life changing decision and his first thoughts were about his family and worrying for them due to the possible sentence the court may hand down. Those are not the selfish thoughts of most people upon a guilty plea, but it is the selfless decision Dave thought about.

Any amount of incarceration in this case does nothing to protect the public but only to punish a respected police officer for making a split-second decision. A decision most will never be faced with. I ask the court to consider probation at the maximum. If circumstances were different in Dave's life, I would have told him to fight on and I would have supported his decision, but he decided to trust the court to show an understanding and reasonableness in this case and pray for being able back to his life with his parents and family.

Thank you for your time.

Dave Goewert

2/20/2024

Honorable Judge Autrey,

I have known officer Maas for over 30 years. During that time we not only developed a strong working relationship, we also became more like brothers than just friends. We shared similar life experiences ranging from weddings, to childbirth, as well as bad times such as divorce and fellow officer deaths.

That's when you get to really know someone. When things are not going well, and life presents one challenge after the other. That's when Dave really shines.  He thoroughly embraces the notion that you cannot control what happens to you, but you certainly can dictate how to respond. No matter what the situation or type of call, Dave performs his duty with the highest level of professionalism and integrity. He was completely dedicated to our profession and consistently strived to elevate Police standards. Dave's level of compassion and dedication to his family, friends and country is immeasurable. He would literally give you the shirt from his back if he thought you would need it more than him. Dave's strong moral code along with his loyalty put him head and shoulders above the rest. Dave is a natural born leader and was always one of the first to find a viable solution during any conflict.

I can say this with an open and honest heart that if something terrible happens to me or one of my loved ones, Dave would be one of the first I would seek out to help me bring the situation to a positive conclusion.

Your Honor, please, do not judge Dave solely on his physical appearance or this isolated incident. Instead, please, judge him on the 35 years of Police work when he did everything right, but as usual, no one ever witnessed such instances.

Thank you for any consideration that you could give to officer Maas during the discourse of this case.

Respectfully submitted,

Det. Lawrence Schrick #152 (Ret.)

Judge Henry Autrey
United States District Court
Eastern District of Missouri

Sir,

This letter is on behalf of David Maas, who will be standing before Your Honor.

I am C.V. Mayberry, retired Chief for the City of Woodson Terrace. Having served as a policeman for 47 years for Breckenridge Hills (5) and Woodson Terrace (42) with 19 of those years serving with David Maas.

After working side by side with Dave for those 19 years as a patrol partner and later as his Chief, I developed a sense of who Dave is as a person. Dave and I have had many car-to-car talks about life, family and what it meant to him being a police officer. He reminded me many times that his sole desire and passion was to help those people who could not help themselves or were incapable of doing so. It is without doubt that I believe Dave was truly sincere in his passion for his responsibilities as a law enforcement officer. I have witnessed many times Dave's unyielding compassion towards the people he served in our community. I have seen this big figure of a man shed tears and reach in his wallet to help anyone in need. Dave's words often kept me grounded as a person and as a police officer, which I give credit to him in helping me to serve several of my 47 years.

His concern and compassion was obvious after witnessing a fellow police officer lying on the payment after the accident. Dave is not a perfect person, not sure I have ever met one; but, he is a very good person with a very good heart and a wonderful human being.

In closing, I would like to say that if I, or any member of my family, is ever in need of police assistance, I sincerely hope that he or she has the same passion and understanding that Dave Maas has, especially in today's world.

Sincerely,

Constine V. Mayberry

Honorable Judge Autrey,

I write to lend my heartfelt support to Dave Maas, a man I've had the privilege of knowing both professionally and personally for over two decades. My life's work has been dedicated to assisting minority students and athletes, striving to provide them with opportunities for success. My background, shaped by a childhood marked by a parent's recurrent incarceration, has fueled my commitment to advocating for those often marginalized by society.

Dave's character and integrity are qualities I've witnessed firsthand throughout our longstanding acquaintance. Despite any misstep he may have made, I firmly believe that Dave does not belong behind bars. His commitment to personal discipline and his unwavering moral compass are undeniable.

Throughout my career, I've been deeply involved in initiatives aimed at empowering underprivileged youth. Currently, I serve on the steering committee for the Race and Opportunity Lab at Washington University, contribute to the board of "Men of Code" mentoring young black boys in coding, and hold the position of acting executive director of Access Point, a program focused on providing high school apprenticeships to people of color and women in the IT sector. My dedication to uplifting urban youth compels me to speak out in support of Dave Maas, particularly in light of the circumstances surrounding his case.

My connection with Dave began at the retirement party of his high school coach, Dan Boudria, whom I succeeded as the head of the Hazelwood West wrestling program. Our shared respect for mentorship and community immediately forged a bond between us. From that moment onward, Dave's dedication to fostering compassion and respect for underprivileged youth resonated deeply with me.

Over the years, Dave has consistently encouraged and supported my efforts to uplift marginalized communities. His presence at wrestling meets, despite his demanding professional commitments, underscored his commitment to mentoring young athletes, many of whom lacked strong paternal influences in their lives. Moreover, his service to the community was a subject of admiration even among his colleagues, including Chief Butch Mayberry, who spoke highly of Dave's contributions.

In 2008, I had the honor of coaching Dave's sons, a role that brought our journey full circle, from my early days of working with underprivileged youth to guiding the children of a man whose support I've cherished over the years. Dave's insistence that I treat his children as my own reflects his deep-seated values of fairness, honesty, and hard work.

As a friend, Dave has been a steadfast source of guidance and support, offering sage advice during my own personal challenges. His unwavering commitment to his family and community exemplifies the kind of person he is—a man of integrity, compassion, and unwavering dedication to lifting others up.

In conclusion, I urge the court to consider the entirety of Dave Maas's character and contributions to his community when deliberating on his case. His positive influence on countless lives, including mine, speaks volumes about the kind of person he is and the impact he continues to have. Thank you for your attention to this matter.

Sincerely,

Bill Mitchell
COO, Co-Founder
The Re-entry Project
LinkedIn



**Smiles Through Sports**

FOUNDER
Billy Mayhall

PHONE
314.312.9231

WEBSITE
STLYSO.com

MAILING ADDRESS
12 Glen Eagle Court
Troy, Missouri 63379

WAREHOUSE DROP OFF AND PICK UP
9424 Everman
Overland, Missouri 63114

501c3 ACCREDITED

To whom it may concern,

   My name is Billy Mayhall, I am the founder of STL Youth Sports Outreach. We are a non-profit organization here in St Louis set up to ensure no child is denied sports, due to the cost of equipment, by offering free equipment.  We also do a lot in our community with local law enforcement and other agencies. This letter is about the character of our friend Dave Maas.  He has displayed time and time again in the streets with us, during our Christmas in The Streets, his amazing love and support throughout St Louis and surrounding areas. Dave's love and joy by spreading cheer throughout the communities that struggle hard has and will always be a blessing to us. Sitting back watching him interact with the children who need our love the most, has always been something I admire. Honestly, many officers go through the motions, some truly do love the engagement, but for Mr. Maas, his excitement and joy are like watching a kid open their gifts on Christmas morning. He is always the first there, and the last to leave cleaning up. Numerous times Mr. Maas has gone above and beyond for our organization, with zero expectations of recognition, or any accolades. Actually, quite the opposite, while many seek a camera out in our community engagements, Dave was shying away, or just too busy making our youth smile. In my humble and honest opinion, Mr. Maas is a great man, one I feel is not only someone you can count on, but also a man who has had so much taken from him and keeps smiling. My hopes are this letter reaches someone, and they understand that one instance does not define a human being. If so, sadly we are all in trouble, including myself. Falling down doesn't define us, how we get up does. And in my eyes, Mr. Maas has done this with great poise, and humility, as his world crumbles around him. Myself personally, nor my organization would hesitate to call him when we needed him, because we know he would drop what he was doing for us, or those he loves in support. Thank you for your time, any questions, please feel free to contact me.

Sincerely,



Billy Mayhall

Honorable Judge Autry,

I am writing this letter in support of Dave Maas, my father, who has recently been indicted. My father has been present my entire life and is the main reason for all of my accomplishments and my good character. He has not just had an impact on my life, but without him, I doubt I would be the man I am today. I am truly confused at the situation my father is in, as he has always been a protector and positive thought leader to those around him.

Dave Maas has been more than a father to me and is truly my best friend. I talk to him almost every day and he constantly guides me to enjoy life and pursue my goals to the highest degree possible. He tells me to "smell the flowers," "keep pushing and go get yours," and constantly reminds me to treat everyone with respect and kindness. He mentions to me regularly that "this world is about respect" and to "be nice to everyone you meet because you never know what they are going through." Every day that goes by I am constantly reminded of the large impact he has had on my life. My kindness, integrity, passion, commitment, discipline, and most importantly my ability to positively impact others all stem from him. During this entire time of his indictment, he has still supported me in my pursuit of a college education despite losing his job due to his indictment. I am in my last semester and about to graduate Summa Cum Ladue and I truly owe it to him. I just wish he could be there to see me walk across that stage.

However, I am not the only person he has made an impact on. For the past five years, I have been a boxing and wrestling coach and have taught the philosophies that he instilled in me to others. I constantly have students come up to me and mention certain quotes I have used from my father that have made a huge impact on them. Some people travel over an hour currently to receive my teachings and most of this comes from my father.

On a normal day, you will see my dad reading a book, painting, tending to his flowers, and providing a helping hand to others. My dad is the type of person to give you the shirt off his back or the last dollar in your wallet if you need it. He has coached several wrestlers and boxers over the years and treated them all like his family. My father truly embodies a kind, passionate spirit that is infectious among everyone he meets.

I understand the situation he is currently facing, but I believe that his empathetic character and extremely positive influence on others in the community should be greatly considered. I only hope that the court will take into consideration the positive impact he has made on countless people, myself included when determining a decision on his case.

Thank you for considering my perspective on his character. I am confident that Dave Maas's contribution to society and his role as a leader to me and others will exhibit the qualities necessary to merit thoughtful consideration.

Sincerely,

Nathan Maas



< **Dear Judge**

Dear Judge. My name is Lee William writing to you on behalf of one of my longtime best friends David Mass. Me and David grew up on the same street together in Hazelwood . We became very best friends in third grade in 1974 , we did everything together everyday and had the best childhood imaginable. Things were different back then , kids played outside all day and we had daily adventures from sun up to sun down most everyday. We continued to be close thruout high–school and were roommates for a while when he bought his first house, and have continued to remain very close. I say all this because during sentencing I want you to know that I am African American, David' doesn't have a racist bone in his body and believe me I know him better then anyone. This whole trial has taken a serious physical toll on his health and I'm worried about him. I just

want you to know that he is truly a good dude and I'd stand up for him anytime. Thanks for reading.

Theresa Gibbons

9817 Treadway

St.louis, MO 63134


February 13, 2024


To Whom It May Concern,

I have known Dave Maas for well over 20 years. When i first met him he was a police officer for Woodson Terrace Police department that is located next to my Subway Sandwich shop. Dave has always been a kind and caring person. I have a watched him interact with many people in many situations both professionally and socially.  He is very respectful and thoughtful. Dave loves to fish and spend time with his family. I understand that he made a terrible split second decision that affected many people. Being a police officer is a job that is very much underappreciated  and stressful. I could not imagine the stress and fear for my life everytime I went to work. And Dave did this with a smile on his face everyday.  I hope that he is not judged for one incident.  There is know perfect person in the world and everyone makes mistakes . We learn everyday from these mistakes and hopefully become better people. I sincerely hope the court takes this letter into consideration at the time of sentencing. Dave Maas is an honorable man and a good man. I am proud to call him a wonerful friend.


Sincerely,

THERESA Gibbons

1



**INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS**

Local No. _____ 1 _____   City _____ St. Louis _____   State _____ Missouri _____

Address _____ 3325 Hollenberg Drive Bridgeton, Missouri  63044 _____

Local 1 website: insulators1.org

February 28, 2024

**RE:  David Maas**

**To: The Honorable Judge Henry Autrey**

Your Honor,

My name is Gary M. Payeur, and I am writing to you today on behalf of a good friend of mine, who will appear before your court for sentencing David Maas.

I have known Dave for quite a few years and have come to consider him an incredibly good friend. He has always been an active member of his community and has served his community for many years as a police officer. Unfortunately, this has changed due to the events that he appears before you now. It has turned his life upside down. I am not going to re-litigate the case in this letter with my arguments on why I feel that he may have been treated a little differently, due to all the events around the country regarding police abuse. However, I do believe that had it not been for these incidents, this case would have been dealt with differently. Unfortunately, those are the times we live in. I do believe that the court should be able to look at this incident as an unfortunate reaction from Dave, who at the time was involved in a pursuit, with what he was told at the time were two-armed suspects. None of us know how we would react if put in the same situation and under the same circumstances.

I am sure you have and will look at all the pertinent information before you and make a decision, that I hope will serve both justice and fairness to Dave. As you contemplate your decision, please try to put yourself in his shoes and the atmosphere of the job he performed daily. I can assure you that not a day goes by without Dave reflecting, repeatedly, on the incidents of that day and what he could have done differently. But we all know that you cannot change the past. All we can do is acknowledge our mistakes and ensure that we learn from them so as not to repeat them. I am sure that Dave is doing that now. I would like to ask that you consider some leniency for Dave when you issue your decision, as I believe this will best serve justice and will give Dave an opportunity to show that this was just one wrong decision made in an extremely stressful and fluid situation.

I would like to thank you for your time and consideration and your service to the community in the role of judge. May GOD bless and guide you in your service of justice.

Sincerely and respectfully,

Gary M. Payeur
Business Manager

Dear Honorable Judge Autry,

I am writing to the court to affirm my steadfast support for David Maas. Over the last 15 years, it has been my privilege to know Dave. His influence in my life has been profound, acting as a mentor and offering me unwavering guidance, love, and understanding. Dave was introduced to my life at the young age of eleven through my friendship and eventual relationship with his son, Nathan. Initially, Dave struck me as a figure of formidable strength and authority, a notion that was quickly dispelled. I soon discovered that Dave embodies the epitome of kindness, thoughtfulness, and protectiveness.

I have found a strong sense of comfort and security in Dave's home for the better part of my life. During a challenging time in my final year of high school, the Maas household was my refuge. Dave's capacity for empathy was evident as he reached out to support not only his friends and family but also any stranger in need. He epitomizes selflessness, consistently prioritizing the well-being of others above his own.

It has been nearly eight years since I lived with Dave and his family in Missouri. Now residing in Texas with Nathan, we seize every opportunity to return home to spend much needed time with family. The last four years have been challenging, witnessing the significant changes in Dave's life, particularly his health struggles with two heart attacks, which I believe were aggravated by the stress of legal challenges. I pray each day for Dave's enduring strength and optimism so he may witness Nathan's upcoming graduation, our marriage, and the arrival of his future grandchildren. Dave is the family's foundation and cornerstone, and his absence would be unimaginable in the lives of Nathan, myself, and our future children.

While Dave may have made a misstep, it starkly contrasts with the essence of his character and moral fiber. I earnestly request, Judge Autry, that you take into account the numerous testimonials vouching for Dave's virtuous character and the profound effect he has had on others. The legacy of empathy, resilience, and altruism he has established greatly surpasses any transgression.

I appreciate your attention and thoughtful deliberation on this matter.


Sincerely,

Elizabeth Serrurier

Crystal Rogers

710 Saddle Ridge Road

Wentzville, MO 63385

Cnrogers2006@gmail.com

636-358-8529

2/4/2024


Re: Character Reference for Dave Maas

Your Honor,

I am writing this letter to express my support and provide a character reference for Mr. Dave Maas, who is scheduled to appear before your court. I have known Dave for 3 years and believe that my perspective on his character may be valuable to the court.

I met Dave in 2020 our River community. Throughout our association, I have found him to be a person of integrity, responsibility, kindness, and compassion.

One of Dave's notable qualities is his ability to remain calm and composed under pressure. I have witnessed him navigate challenging situations with grace and resilience, always maintaining a positive and cooperative attitude. These traits, in my opinion, speak to his character and ability to handle adversity.

Furthermore, Dave has actively contributed to our community by hosting many community gatherings, donated his time, space,  and effort for community projects, and overall brings a smile to our communities face anytime he is in our presence.  His commitment to making a positive impact on the lives of those around him is evident, and I believe he has the potential to continue contributing meaningfully to society. My two young children especially enjoy stopping in to visit Dave anytime we are close by!

I understand the seriousness of the charges brought against Dave, and I do not intend to undermine the legal process. However, I firmly believe that the person I have come to know is more than the allegations he faces. I believe in his capacity for rehabilitation and personal growth.

I kindly request the court to consider Dave's positive qualities, contributions to the community, and potential for rehabilitation when making decisions regarding his case. I trust that your wisdom and fairness will guide you in reaching a just and equitable resolution.


Thank you for your time and consideration.

Sincerely

Crystal Rogers

# Character letter

From:  Jerry Huslage (jehuslage50@gmail.com)

To:    alhicks92@yahoo.com

Date:  Sunday, February 25, 2024 at 02:23 PM CST

---

I have known dave for around 5 years,  sense that time Dave has always been willing to help you if you  need anything done. During the day Dave is  taking care of his flower garden or fishing, he also like to cook and is inviting me over to eat.

From :Steven M. Everingham

1941 Providence Estate Dr.,

Wentzville, Missouri 63385

Date: February 6, 2024

Re: David Maas

To: The Honorable Judge Henry Autrey

The United States District Court for the

Eastern District of Missouri.

Dear Judge Autrey,

I have known and been a friend of Dave Maas for the last twenty-eight years. Dave and I first met while working together in 1995. I found Dave to be a very loyal and hardworking person that loved being a Police Officer and serving his community. The thing I remembered the most about Dave, was how dedicated he was to his family. Dave would work the midnight shift and then go home and care for his children so that his wife could go to her job.  Dave invested heavily in his children. I also got to know Dave's parents who are very remarkable people.

If I could sum Dave up in one word it would be "Protector". Dave was always very passionate about standing up for the victim(s) and those that were less fortunate. Dave was also the first person that would run into a harm's way to save someone. Dave also displayed a lot of passion for others and their wellbeing.

I also witnessed numerous charitable acts for others during my friendship with Dave over the years. Several years ago, I was doing a construction job for a Police Officer that had been severely injured during a funeral escort. Dave forfeited his free time to assist me for several days out in the blistering hot sun. When I tried to pay Dave for his labor he refused to accept any pay.

In closing, I would just like to say that Dave has done a lot of good in his community and he has been an outstanding friend and role model to many.

Your Honor thank you for reading this letter.

Respectfully,

Steven M. Everingham

Honorable Henry Autrey
United States District Court for Eastern Missouri
111 South Tenth Street
St. Louis, MO 63102

Re: David Maas

Dear Judge Autrey:

My name is Thomas Venegoni, and I am a Policer Officer for the City of Maryland Heights. I am writing on behalf of David Maas to provide a character reference for your consideration during the punitive phase of his case.

Dave and I met when we both worked for the City of St. John. He was a young patrolman, and I was a young Sergeant. Dave was eager to learn, and he did his job exceptionally well for having rookie status. His work ethic was a direct result of his passion to protect and serve the citizens of the community.

I left the City of St. John, which led to a 29-year career with the Maryland Heights PD. Dave and I stayed connected over the years. We worked together on charity events, and I would ask Dave to assist me when I conducted training classes at the St. Louis County Police Academy. Dave is a good family man, and I know firsthand that he has a close relationship with his sons Nathan and Zachary. His sons look up to him for guidance and inspiration. Nathan is a successful businessman in Texas, and Zachary followed his father's footsteps and became a police officer.

A policeman's job can be very stressful. It's nearly impossible to express to the average citizen what goes on inside the mind and body when faced with a violent and hostile situation.

I ask that you consider this and find it in your heart to issue Dave probation when deciding the punitive phase of this case.

I can say with complete sincerity that Dave Maas is a good person, citizen, father and now grandfather.

Respectfully,


Thomas Venegoni
314.772.2804

Honorable Judge Autrey,

I am writing this letter in support of my friend Dave Maas.  I have known Dave for seven years, having first met when we were employed by neighboring law enforcement agencies. In all my time knowing Dave, I have experienced his stellar character and strong moral compass.

Dave possesses many admirable qualities such as hardworking, honest, dependable, and caring.  I have always been impressed by his dedication to providing protection to individuals who are unable to protect themselves as well as being a mentor to younger officers.  Dave was always there for me as a protector when facing dangerous life threatening situations while on duty.  He now continues to look over me and mentor me as my career has progressed.

Even more importantly, Dave is a loyal and caring friend who often places everyone above himself. I have turned to him many times for support and advice in both my professional and personal life.  Dave is always willing to listen without judgment and offer reassurance. There have been many times when I felt better after confiding in him.

Please do not hesitate to contact me if you would like more information about how Dave Maas good nature has impacted my life and others around him.

Sincerely,

Paul Rinck

Stephen R. Polster
2829 Olde Chelsea Dr.
St. Charles,  MO  63301
02/15/2024

Honorable Judge,

I am writing this letter of reference on behalf of Dave Maas, former Sergeant from the
Woodson Terrace Police Department.  I am a 30 year veteran police officer, who retired
in 2017, from the St. Charles City Police Department.  I first met Dave, while I was
employed as an officer with the Woodson Terrace Police Department, from 1987 to 1992.
During that time Dave was working for the St. John Police Department, as a police
officer.

During my time at Woodson Terrace, both Woodson Terrace and St. John P.D, were
dispatched by Overland Police Department.  Woodson Terrace and St. John P.D. were
also neighboring Departments, who would routinely back each other up on calls.  With
both being smaller departments, it was a typical practice for neighboring departments to
back up each other on high priority calls.  These types of calls included, domestic
violence, fights in progress, robberies, burglaries in progress, and other similar in nature
calls.

  Having been on numerous such calls with Officer Maas, I recall he used good judgment,
had excellent officer safety skills, and I never witnessed any instances where he used
excessive force, or abused his authority.  Officer Maas, kept himself very physically fit,
and was not one who felt he had to prove his physical capabilities. In fact his mere
presence, demeanor, verbal skills and no nonsense approach, was usually all the tools he
used to bring a situation under control.

After leaving Woodson Terrace, to work for St. Charles City Police Department, I still
kept in contact with my friends from Woodson Terrace, including the late Woodson
Terrace, Chief of Police, Bob Dowling, and now retired Captain Michael Thompson.  In
addition my son John Polster was also employed as a police officer with the Woodson
Terrace Police Department and worked with Dave Maas.  On the occasions that Maas's
name was brought up it was always in a positive way.

It should also be noted, that during the Ferguson rioting, Maas and my son John Polster ,
were side by side, on the front lines of these violent demonstrations.  According to my
Son, there were assaults on them, persons taunting, spitting, challenging the officers, as
well as numerous objects being thrown at them.   During this very volatile situation,
where Officers were placing their lives on the line, attempting to protect lives and
property, both Maas and my Son, demonstrated great restraint, in dealing with these
unruly offenders, while doing their part to bring this to a peaceful resolution.

As for the incident in which Sgt. Maas, was charged with, using excessive force, I ask that your Honor take in consideration the full totality of the events leading up to this unfortunate incident.  Having myself been in pursuits of armed violent felons, I too understand the stress, intensity, adrenal rush, that occurs during these most dangerous duties a police officer is involved with.  In addition to the original offense, the pursuing officer witnesses the offender placing the public, other officers, and himself in extreme danger.  In dealing with such a stressful situation, which occurred over a significant amount of time, it usually takes a period of time to decompress.  This sometimes results in an officer having a momentary lapse of judgment.

While thinking of this incident Maas was involved with, I also think of the 30 years of service he provided to the public.  The lives he saved, all the people he has helped in the past, the positive influence he had on so many youths, and all the times he placed his life on the line for others. In placing judgment, I pray that you take the entire career of Maas in consideration and not this momentary lapse in judgment, which occurred in an extremely heightened stressful time.

Respectfully Submitted

Retired Officer S. Polster DSN 167  SCPD

## Character Letter for David

From:  Keesha White (keeshamail@aol.com)

To:  alhicks92@yahoo.com

Date:  Thursday, February 8, 2024 at 07:38 PM CST

Hi Amy,

My name is Keesha, I'm Lee's sister. Sending over a character letter for David.

Blessings to you both!

To Whom It May Concern:

I have known David Maas for over 50 years. We grew up on the same street and our families interacted daily.

I am writing this letter to share
my feelings on David's character.

David is a family man, a protector who loves his children. He grew up in the same type of household that I did, a two parent home with two siblings under the  proper guidance of both parents who were a constant in his life. For as long as I can remember David has always wanted to be a police officer and becoming an officer was one of his and his families proudest moments. He has always been passionate about protecting and serving.

David spent most of his youth with my brother, they met at age seven quickly became best friends and have continued that friendship for over 50 years.

My family is African American, David spent much time at our dinner table as we did with his family. Color or race was never an issue we were all treated the same at one another's homes. That is the way that David grew up.

Case: 4:20-cr-00167-HEA   Doc. #:  124   Filed: 03/22/24   Page: 35 of 107 PageID #: 425

Even after David's family moved he would bring his kids back to our street to visit with my parents. There was a forever bond built.

I as well as my entire family sincerely ask for leniency for David. If I can be of any assistance please don't hesitate to reach out.

Thank you,

Keesha White


(314) 520-9301
Keeshamail@aol.com


Sent from the all new AOL app for iOS

February 1, 2024

Jeri Hokamp

626 Mystic Cove

O'Fallon Mo 63368

314-323-6959

To Whom it may concern,

My name is Jeri Hokamp.  Sergeant David Maas is my brother.  David has 30 years of experience in law enforcement.  I have 26 years of law enforcement experience as a Police Officer and as a Detective.  I am currently employed at Washington University Police Department.

We were raised to be kind, compassionate and strong leaders.  Family means everything to us and friends often become part of our family.  I have watched my brother grow into a man of great integrity.  He is an honest and reliable man who upholds his values and commitments on a daily basis. He has a willingness to do what is right.  He is a loving son, brother, father, grandfather and friend.  He often puts others needs before his own going the extra mile.

As a Police Officer it is our job to "Show up" for strangers on what may be the worst day of their life.  David has "Shown up" for others for the past 30 years and in doing so he has become a great leader and mentor for his fellow officers. He provides safety and security for those around him.  He is often the first one to proceed into dangerous situations so that other officers don't have to.  On my many ride- alongs with my brother I have heard officers comment, "Thank God Maas is here. We got this".  I will never forget a phone call I received from David early one morning.  I answered the phone and he said," You almost lost your brother last night".  David told me he responded to a hotel room for a domestic violence assault in progress.  He entered the room and observed a male subject beating his girlfriend. The subject pulled a gun from his waistband and attempted to point the gun at David.  David rushed the subject, was able to gain control of the gun, and handcuffed the subject.  On this day David "Showed up" for this woman.  David told me," That was a really close call last night.  I'm not so sure the Good Guys will always finish first but I will do everything in my power so that they do".

On the night in question, David only wanted to protect the officers and the public from an armed assailant.  There was no intent to hurt the suspect.

Please let the Good Guys finish first and "Show up" for my brother.

Respectfully,

Detective Jeri Hokamp

# David Moss

From: Micah Jacquemin (micah.jacquemin@firstonsite.com)

To:     alhicks92@yahoo.com

Date: Sunday, January 28, 2024 at 12:14 PM CST

---

I Micah Jacquemin met Dave Mass the year of 1998 as he transferred from another Police Department from a neighboring city and became an officer with the City of Woodson Terrace and I worked for the Public Works Department and one of my job duties were to keep the Police vehicles up and running and that is where I got to know Dave Mass on a personal level that year and we became friends but never really hung out after work or weekends due to his involvement with his kids in sports for at least 11 years as he ran his kids all over the states for competition. I got to know Dave over the years being he and I loved to talk about our passion for planting and caring for flowers and gardening and watched him as an officer and soon knew I could trust him as in a great person. My wife also worked for the City of Woodson Terrace so that should tell you we knew almost everything, like a mouse in the room. One year Dave had a call and it was a house fire and the guys house that was on fire was upset about his fish in the house and Dave went in the house and brought out the fish to the homeowner prior to the fire department showing up, I mean who does that? We all know good cop bad cop right? Dave was the officer that pulled you over for a tail light and gave a verbal acknowledgement, not sign hear for a ticket type of officer. I watched him over the years and Dave would patrol the streets and talked with the boys and girls of Woodson Terrace and educate them on right and wrong and if they were in a bad position he would offer his support in anyway he could to lead them on a path of success .

For the past four years Dave has been cutting grass for a living in the surrounding communities to makes financials meet yet has never complained other than he wanted to retired as an officer of the law.

My ending remarks about Dave Mass to this day, he is one of the two true friends/mentors in my life and he is the most loving person I have ever met in my entire life and I am truly blessed that he is my friend and if you ever get to enjoy a BBQ with him and his family he actually has a metal sign in his yard as you walk up to his home that says [please be nice or go home].

Thanks

**MICAH JACQUEMIN**
Construction Project Manager

**Office:** (314) 772-9010
**Fax:** (314) 772-3348
**Mobile:** (314) 757-9442

First Onsite Property Restoration
2685 Metro Blvd.
Maryland Heights, MO 63043

**24/7 EMERGENCY SERVICE: (800) 624-2826**
**FIRSTONSITE.COM**

Follow us on social: LinkedIn | YouTube | Facebook | Twitter

**FIRSTONSITE.COM/LICENSES**



February 1, 2024

Dear Honorable Judge,

I am writing to provide a character reference for Dave Maas, whom I have known for 30+ years. Dave is a person of exceptional character and reputation. He is honest, responsible, and steadfast, always ready to assist others. Throughout my interaction with Dave, He has always exhibited an elevated level of integrity and dedication in his personal and professional life. He has a strong moral compass, and I have no doubt that he will continue to be a productive and law-abiding member of society. I strongly recommend for any leniency the court deems fit, and I am confident that he will not fail and will continue to uphold the highest standards of conduct in the future.


Sincerely,

Keith Stumpf


Chief of Public Safety and Security Operations

Missouri Baptist Medical Center

## Fwd:

From:   Nathan Maas (natemaasmarketing@gmail.com)

To:     alhicks92@yahoo.com

Date:   Saturday, March 2, 2024 at 01:29 PM CST

Gavin Sweeney's letter for my dad below:

---------- Forwarded message ---------
From: **Gavin Sweeney** <sweeneygavin01@gmail.com>
Date: Sat, Mar 2, 2024 at 10:41 AM
Subject:
To: <natemaasmarketing@gmail.com>

# Honorable Judge Autrey,

I am writing this letter to support Dave Maas, I met Dave through his son Nathan. Nate came to California and we wrestled on the same college team, with Dave still in Missouri he never failed to make you feel like he was there supporting his son and his teammates dreams. Through this time I got to know Dave and see his true exceptional character, not only for Nate but his care for his friends, teammates and the people around.

I grew up with an abusive father and Dave made me feel like I was one of his sons. I was lucky enough to be welcomed into Dave's home, he made me feel like I belonged. Never did my past falter any of his kind actions towards me or his utmost respect for me as a person.

My aunt and uncle both recently retired from the police force, like them Dave has shown immense loyalty, hard work and passion to protect those that can not protect themselves. He has shown and given me the values of integrity, honesty and generosity for others. Putting others before himself shines what Dave Maas true character is. Dave Maas has greatly impacted my life for the better.

February 26 2024

RE: Character Reference for David Mass

Your Honor

My name is Randy Sappington. I own Timberlaker marina and Campgrounds since Jan. 1999.

I met Dave And Amy through a friend around 2004, here at the marina, which is also a private subdivision of around 50 homes on the Mississippi river. Dave would come down once a month or so. After we got to know each other he would always ask me if I needed any help.

It's a great place to get away from the hussle and bussle of the city life, be able to unwind and relax. It didn't take long, they fell in love with the place and bought their own little club house right next to the Marina. We became very good friends.

I'm a bit older with an extreme case of COPD. Thank God they bought next door to me.    Dave comes over constantly when he see me struggling with a project. To top that off, him and Amy have me over for breakfast and dinner all the time.    I don't know how I would make it with out him.

After getting to know Dave, found out he was a policeman in the town where I grew up. I went to school with his boss. I move before that but a lot of my friends and family in the neighborhood knew him.

Not all my friends kids were model citizens. They never had anything negative to say about Dave. In fact some of them said he helped push them in the right direction.

I don't know all the particulars of this case but what do, this man could have hurt a lot of innocnt people during that high speed chase, when they finally stopped him and if he kicked one of the officers, would he be face these kind of charges, I think not.     In fact i'd be suprised if he faces these kind of charges for all the things he did.

Putting Dave in jail would help NO ONE. Dave good man, loved by many and would help anyone in need.

Sorry for any typos or misspelled words.


Thank you for your time.

Randy sappington

# Dave

**From:** courtney bridges (cnbridges78@yahoo.com)

**To:** alhicks92@yahoo.com

**Date:** Thursday, February 29, 2024 at 06:07 PM CST

Your honor,

I'm writing in regards concerning David Maas. My family and I have known David for 15+ years. Dave wasn't only a colleague of mine but a mentor and family friend. Over the years, Dave has gone out of his way to help me achieve goals in my career along with providing his services to our community.
Working alongside Dave, he showed great compassion for those he served and protected. I have personally seen him give his own time and money to people in need.
As I said before, Dave has went from Colleague to an amazing, upstanding family friend. He is a family man and helped me become a better father and husband. Dave who has contributed to the success in my own daughter's lives have the up most admiration and respect for him. If I passed away tomorrow, I know Dave would make sure my wife and daughters didn't go with out.

In closing David Maas is a good person that has served his community in an honorable way for three plus decades. Being a peace officer is one of the toughest professions on the planet. He did it with honor, Integrity and put the publics safety first, countless times in front of his own safety.

Thank you for taking the time in reading this statement.

Best regards
Gary, Courtney, Faith, Bailey, Colbie Bridges

Sent from Yahoo Mail for iPhone

# R.J.R. & ASSOCIATES L.L.C

To the Honorable Judge Henry Autrey:

Hello Sir;
My name is Ron Rattini, I am a roofing contractor and have a local,
family-owned roofing company.
I am writing to you today on behalf of Dave Maas. He means a lot to me so I
wanted so say a few words on his behalf as to what kind of man he is.
My wife Trish also penned a letter to you sir, hers I'm sure was much more
fluid and professional.  I am 58 yrs old.   With 2 kids; girl 18, son 20 yrs old.
I have been a roofer my whole life, business owner for going on 34 years this
year.   I have met many people in this line of work, customers of all walks of
life and economic conditions. I have had many, many employees, and as you
can imagine not all were men of good character, so with that being said, I feel I
am somewhat of a good judge of character, or more so a good judge of Bad
character.
I met Dave 3 or 4 yrs ago, I thought very quickly he seemed like a good guy.
As I got to know him better, it became obvious he is indeed a great guy.
He is truly a gentleman.   I have seen him interact with women, wives,
children, Men, dogs, everything under the stars. He is a wonderful man, caring,
gentle, (I know that seems crazy because he is a big dude) but he is a big teddy
bear. He is levelheaded, he gives his time and help freely when not even asked.
I also believe he makes the people around him better with his easy-going
demeanor, and level headedness.   I have to say, even though I have known him
a short time, I totally trust him with any and everything I have. Family, house,
money, dogs. I would toss him the keys and let him borrow any vehicle I own.
Even my boat, and he is not a good boat driver.   I failed to say earlier, I am
probably not the most trusting guy when it comes to my fellow man sometimes.
So for me to say that about Dave, or any one, is a tall order.
But I mean every word I have said. He has become one of my most trusted dear
friends, he may be the most selfless person I've ever known, second only to my
wife.   Dave is indeed a man of excellent character, and I'm darn glad to know
him.
I ask you please consider my thoughts; I appreciate your time.


Thank you
Ronald J. Rattini

**R.J.R. & Associates   L.L.C.**
**3245 Mango Drive**
**St. Charles, M0 63301**
**Cell:   314-852-5074**
**Office: 636-493-1401**

Honorable Judge,

I am submitting this letter to you in hope that you may take into consideration my honest opinion of former Woodson Terrace Police Sergeant Dave Maas.  I have been a police officer in north St. Louis County for over 13 years and currently work for St. John Police Department as a patrol sergeant.

I have known Sergeant Maas since I started in police work in 2010 for the City of Woodson Terrace as a patrolman. Sergeant Maas was my first supervisor and I worked on his shift for approximately five years (maybe longer), which is a long period of time for officers to work together, especially at a smaller department. During that time we responded to calls for service of every kind and Sergeant Maas always conducted himself in a professional manner. Even during extremely stressful or violent situations, he was always able to remain calm and stay level headed while attempting to resolve the situation. Sergeant Maas felt very strongly about maintaining a high level of officer safety at all times and was very vocal about it. He would do anything within his power to protect another police officer from being put in a dangerous situation, often placing himself in danger while doing so.

Of the countless times that Sergeant Maas and I have been in volatile situations at work, there is always one night in particular that stands out in my mind. I was one of the initial officers who responded to the aid call during the Ferguson Riots in 2014. It was the most chaotic and disturbing event that I had responded to at that point in my career and it was a very unsettling feeling, knowing that at a moment's notice all hell could break loose.  It wasn't until Sergeant Maas arrived on scene that I actually felt a palpable sense of relief. Even though as the night progressed, we were subjected to horrific verbal abuse, things being thrown at us and shots being fired in our direction, Sergeant Maas kept his wits about him and we made it out unscathed.

Sergeant Maas is very well known throughout the area as a solid police officer and someone that you can always count on. He was always quick to assist any of the neighboring agencies with any help that they might need. With that being said he is also well known throughout the community as an officer that was not only fair and just, but truly cared for the residents of the neighborhoods that he helped protect.

Over the years I've gotten to know Dave on a personal level. The man who was at first a mentor to me, ended up becoming a great friend and someone that I respect on many levels. He is a devout family man who would do anything for his family and loved ones. I've had the privilege of meeting much of his family and you can tell that there is a real love there between all of them.

As for the incident in question, I only ask that you take in the totality of the circumstances surrounding the situation. This profession often places officers in extremely volatile situations with only a split

second to react. I know firsthand that things can happen so quickly that you almost don't realize what even took place. It is a difficult job to do, especially during these difficult times that our nation is facing. That being said, I will always be proud of the time that I served my community working this difficult job with Dave Maas.

Respectfully Submitted,

*Sgt. John Polster 222*

Sergeant John Polster DSN 222

St. John Police Department

February 28, 2024

To whom it may concern:

I am writing to provide a character reference for Dave Maas, whom I had the privilege of working with during my tenure at the Woodson Terrace Police Department. Dave was an exceptional policeman and a person of unwavering moral standing. Dave always knew what was right and want was wrong. He also strived to bring justice to anyone who was a victim.

As my direct supervisor, Dave demonstrated not only proficiency in police duties but also a commitment to upholding the highest ethical standards. His dedication to maintaining law and order while treating both colleagues and the public with respect was truly commendable. Dave consistently exhibited leadership qualities that inspired confidence and camaraderie within the department and community.

Beyond his role as a police sergeant, Dave took the time to mentor me personally, imparting not only valuable lessons in law enforcement but also sharing insights into various aspects of life. His guidance went beyond the professional realm, as he offered wisdom and perspective that have proven invaluable in navigating both professional and personal challenges.

One of the standout qualities of Dave Maas is his generosity. Whether it was lending a helping hand during investigations, providing support during difficult times, or contributing to the well-being of the community, Dave consistently displayed a generous spirit. His actions extended beyond the call of duty, reflecting a genuine concern for the welfare of others. One instance of this generosity was when Dave lent my girlfriend, now my wife of 7 years and mother of my two children, a vehicle for 3 weeks when Her's broke down. He obviously did not have to do this, and I solicited no such good deed from him. He did this out of the kindness of his heart. This is just one of countless other generous deeds Dave did with no favor asked in return.

In conclusion, I wholeheartedly hold Dave Maas in the highest regards as a truly honorable person. He was and still is a one-in-a-million all around great person and mentor. I am truly lucky to be able to say I worked with him and more importantly, I am truly blessed to be able to call him my friend.

Respectfully,

Charlie Grellner

Richard M Glenn
169 Lodi Ln
Eolia, MO 63344
314-805-8603
awsinc@att.net
2-6-2024

[Honorable Judge's Full Name]
[Address of the Court]
[City, State Zip Code]

RE: Character Letter for David Maas

Dear Honorable Judge Autrey,

I am writing to provide a character reference for David Maas, whom I have known for 13 years. I am aware that Dave Maas is appearing before you in court, and I would like to express my support for him.

I have had the pleasure of knowing Dave Maas for 13 years, and during this time, I have come to know him as a person of integrity, honesty, and strong moral character.

Dave is always willing to lend a hand whenever anyone needs help. He is jovial and fun, however Dave also has a strong constitution.

I was Dave's neighbor for 8 years, and I watched as he would come home in the morning after working the mid night shift as a Woodsen Terrace Police officer. And with no sleep, Dave would round up his (2) boys and take them to wrestling practice and other extra circular school activities. I also know that Dave would pick up supplemental income by working all night shifts guarding the parking lots by the airport. He did this to provide the equipment that his children needed for the activities that they were involved in. Dave did this for years and never complained about it once. His family always came first.

In many conversations with Dave, he always would express his love for the job of protecting the public. He took pride in standing between the bad guys and the elderly or the people who could not protect themselves. He didn't do it for the money. He did it because it gave him a sense of pride and self-worth, and it was the right thing to do. I always admired this about Dave and wish there were more men like him in this world.

I am aware of the charges that Dave Maas is facing, and I ask you to consider his years of public service performing a job that many would not even consider when sentencing him.

Sincerely,
Richard M Glenn

Honorable Judge Autry,


     I write to you today in reference to the character of Dave Maas, a close family friend, a mentor, and a second father to me. I have known Dave for as long as I can remember. While Dave was protecting and serving the city of Woodson Terrace, my father worked for the nearby Dellwood Police Department and later St Louis County Police Department. I first met the Maas' family whenever they decided to use my mother's daycare service for their two sons, Nathan, and Zach. We quickly became close friends and have always gone to school together, played sports together, hunted and fished together among many other things even into adulthood.

     Growing up with the Maas family, Dave never hesitated to treat me as one of his own. He has literally fed and clothed me, given me a place to stay in times of need, taken me to and from school or wrestling practice, and coached me in various sports. In my 26 years of life, I have never seen a man more dedicated to the well-being and success of his children. I have personally witnessed Dave work 24 hours straight between overtime at the P.D. and working security, then take myself and his two boys to our junior wrestling practice the very next morning. All of this on top of his regular full time work week. This was not out of the ordinary for Dave! He did this for years. The love for his children took priority over everything, and he never put himself first. It is evident why his children's names are tattooed onto his body. If anyone understands the meaning of the word "sacrifice," it's first responders and their families. It wasn't until I became a father that I understood how great of a sacrifice that men like Dave make for their families. It wasn't until I became a first responder that I understood the sacrifice that men like Dave make for the communities that they serve.

     I have never felt like I was in danger around Dave Maas. I've never seen him lose his temper. I've never seen him lose control. He is a protector of innocents and an advocate for the underdog. When Dave wasn't at work, he was often found peacefully tending to his flowers and trees in his garden.

     I thank you for taking the time to read this letter. Dave has had a profound impact on my life and many others. I hope that the court will consider this when coming to a decision in this case.


Respectfully,
Ted Harris
EMT-Paramedic

Case: 4:20-cr-00167-HEA   Doc. #:  124   Filed: 03/22/24   Page: 48 of 107 PageID #: 438

## Dave's character letter

From:  Erin Toeniskoetter (e.c.toeniskoetter@gmail.com)

To:     alhicks92@yahoo.com

Date:  Wednesday, February 28, 2024 at 10:46 PM CST

Honorable Judge,                              I am writing to you on behalf of my husband and myself for our friend and neighbor Dave Mass.        We first met Dave 15+ years ago at a mural friends. However it wasn't until 5-6 years ago that we truly came to know him, after Dave became our neighbor. We were first very pleased at all the hard work he out into his home. He maintains his property and takes pride in its appearance.  We have gotten to know Dave as a very welcoming neighbor, always openly inviting others into his home for gatherings for any event or holiday. His generosity is not limited to just close friends as I've witnessed him offer help or opened his door to anyone that appears to be in need of a hand . He offered summer work to my teenage son to help him earn extra cash, work that could have easily been done by hiself.            In conclusion, we've come to know Dave as a caring ,trustworthy and generous man. And we feel fortunate to have him as a friend.                     Thank you, Erin and Ron Toeniskoetter

February 27, 2024

To Whom it May Concern:

My name is Donald L. Maas.  I am Sargent David Maas's Uncle.  I have known David his entire life.
He has always been honest, trustworthy and of excellent character.

Talking to David over the years of his career as a Police Officer, I know he has always been proud and
eager to help the public and his fellow officers.  David has been in many dangerous situations during
his career and saved many lives, public and fellow officers.

As far as the incident in question, David was first at the scene, as far as he knew the carjacker was still
armed and dangerous.
He was performing his duty in trying to protect his fellow officers and attempting to get the criminal to
comply.

Sincerely,

Donald L. Maas

February 26, 2024


To Whom it May Concern:


My name is Priscilla Maas.  I am an Aunt of Sargent David Maas.  I have know David and his entire family for 46 years now.  I have always know David to be honest, compassionate, dedicated and true to his convictions.  He has always been a loving son and brother.
I can attest to his being a man of admirable character.

In my opinion it would be difficult to find a person as dedicated to his job.  I believe David has always been steadfast and honorable in his work ethic.  Obviously his profession is challenging, but in my heart I know David always has the best intentions in dealing with protecting and defending the public, as well as his family.


Respectfully yours,

Priscilla Maas

Rohn, Drew
9430 Flora Ave.
ST. Louis, MO 63114
(314)229-2288

Judge Autrey,

I have known Dave for the last ten years since he started dating my mother, within those last ten years he has taught me a lot of life lessons. The one thing that stuck with me is that you must work for what you want in life because everyone around you wants to see you fail. When I joined the Army back in 2018, he looked after my family and checked up on me when I called home. Dave is a very passionate guy.

Dave has always been the person in the room who would crack the first joke to break the ice. He only wants to see the people around him do better. Since I moved back home three months ago, he's been pushing me to do better things in life.

What I know from Dave and his actions from these alleged charges sounds nothing like his personality.  He is a protector of everyone.  These last several years have been very difficult for the family.  Please consider time served, so we can start the next chapter in our lives with him.

Sincerely,

Sargent Rohn
Unites States Army



D r .   B l i g h

Judge Autrey,

My name is Amy Hicks, I am David Maas's fiancé.  David is my best friend and my whole world.  I met him about 10 years ago.  Ever since I met him his whole world revolved around protecting and serving the public as a police officer.  It is what he wanted to do since he was a little boy.

As he was doing what he loved, a two second decision attempting to arrest armed carjacking subjects changed the course of his life forcing him into retirement, when he wanted to serve the public at least 40 years as a street cop.

I come from a police family and in my opinion, there is no nice way to arrest potentially dangerous, combative suspects. The police are our bodyguards. We pay them to do the dirty work of protecting us, the work were too afraid, too unskilled or too civilized to do ourselves. We expect them to keep the bad guys out of our businesses, cars and homes, out of our faces. We just want them to take care of the problem. We just don't want to see how it's done.

This two second decision protecting the public has caused a major stress on his health, leaving him with two heartaches and a stroke.  His life has been on hold for several years awaiting a trial date and now a sentencing date.  David has acknowledged what he did and plead guilty.  Please consider the past several years as time served and let us move forward with our lives.

Sincerely,

Amy Hicks
Medical Assistant

**1000 Des Peres Road, Suite 118 | St. Louis, Mo. 63131 | 314.994.1536**

# Dave

From:  Rebecca Hall (whytchocolyt@aol.com)

To:      alhicks92@yahoo.com

Date:  Thursday, February 29, 2024 at 01:33 PM CST

Rebecca Hall
Address
City, State, Zip
Phone number


February 29, 2024


RE: David Mass


To whom it may concern,

My name is Rebecca Hall. I'm writing on behalf of Dave Mass. I have known Dave for over ten years. He is the fiancé of a close friend, which gives me an intimate and critical perspective on his character. I have watched them go through all of the markers of a relationship. I have spent time with Dave in all different types of circumstances and situations ranging from personal private conversations to big social events. Dave has never exhibited behavior that made me question his character or integrity. I trust him implicitly. He is a protector and caretaker. I have lived as a home owner in the municipality that Dave worked in for 17 years. When he was an officer here his presence was felt and I had a sense of safety knowing that he was protecting the neighborhood.

Sincerely,

Rebecca Hall


Sent from the all new AOL app for iOS

Honorable Judge Autrey,

I have so much respect for Dave Maas and the way he raised his sons and his friends, me being one of them. He was a true role model and mentor to all of us. He took the time to instill values of respect, responsibility, and kindness in us. He always encouraged us to pursue our dreams and be the best versions of ourselves. I remember how he taught us important life skills and helped us grow into good young men. He genuinely cared about our well-being and wanted us to succeed. His guidance truly shaped our character and made us more responsible individuals and that's knowing him as an ordinary everyday father. Knowing Dave as a police officer throughout my whole life has allowed me to believe and be reassured that there are good police officers who truly care about the safety of not only his own family but his community around him. Being who Dave Maas is allowed me to build a moral compass to not only do what is right but to step up when something is wrong not only for my own family but my community around me as well.

Sincerely,

*Timothee Person*

My name is Terrie Harper,
I am 63 yrs. of age and live
in Elsberry, Mo.
I am writing this letter in
regard to my friendship with
Dave Maas. I met Dave
about 3 years ago and in that
time he has become a very
dear friend to me and my
family. I am a widow and
on disability. I have a hard
time getting things Repaired and
doing maintenance around
my home. When Dave Realized
I needed help he didn't

hesitate to tell me he would do whatever he could to help me out. And he has done just that.

I dislike the thought of not having his help.

He just seems to be an all around good guy.

Thank you for taking the time to read my letter.

Terrie Harper
710 N. 5TH ST
Elsberry, Mo.
63343

# 636-544-1174

Judge Henry Autrey
United States District Court
Eastern District of Missuri

Sir,

This letter is on behalf of David Maas, who will be standing before Your Honor.

I am C.V. Mayberry, retired Chief for the City of Woodson Terrace. Having served as a policeman for 47 years for Breckenridge Hills (5) and Woodson Terrace (42) with 19 of those years serving with David Maas.

After working side by side with Dave for those 19 years as a patrol partner and later as his Chief, I developed a sense of who Dave is as a person. Dave and I have had many car-to-car talks about life, family and what it meant to him being a police officer. He reminded me many times that his sole desire and passion was to help those people who could not help themselves or were incapable of doing so. It is without doubt that I believe Dave was truly sincere in his passion for his responsibilities as a law enforcement officer. I have witnessed many times Dave's unyielding compassion towards the people he served in our community. I have seen this big figure of a man shed tears and reach in his wallet to help anyone in need. Dave's words often kept me grounded as a person and as a police officer, which I give credit to him in helping me to serve several of my 47 years.

His concern and compassion was obvious after witnessing a fellow police officer lying on the payment after the accident. Dave is not a perfect person, not sure I have ever met one; but, he is a very good person with a very good heart and a wonderful human being.

In closing, I would like to say that if I, or any member of my family, is ever in need of police assistance, I sincerely hope that he or she has the same passion and understanding that Dave Maas has, especially in today's world.


Sincerely,


Constine V. Mayberry

February 1, 2024

To Whom It May Concern,

My name is Art Maas, I am the father of Sergeant David Maas, police officer. Ever since my son was five years old, he has wanted to be a policeman. As he approached high school and college, I instilled in him that he must be a leader and take charge of any situation confronting him. David excelled in wrestling, boxing, and karate while also receiving a criminal justice degree. My son has received a wall full of commendations for protecting and serving in domestic and life-threatening situations for the last 30 years.

When the call went out on an armed carjacking, suspect armed and dangerous, my son responded to the chase. As the suspect was leaving his wrecked car, Sgt. Maas took charge of the situation with force, not knowing if the criminal was still armed and dangerous. Many police officers stood around afraid to do anything because of media attention and retaliation. My son has years of training in self-defense, police tactics, and leadership skills and I am very proud of my son for the action he took, protecting other police officers and the people of his community. Without a few police officers like my son, there is no law and order—criminals can do anything they want.

My son lost his job, health benefits, and 4.5 years of pay plus has spent all his retirement money on lawyer fees for doing his job and taking an armed criminal off the street. This is NOT right!

I am sure that you and I would like to go to bed at night knowing that a police officer like my son is out there protecting us and the rest of the community!

Thank you,

Art Maas   ART MAAS

Case: 4:20-cr-00167-HEA   Doc. #:  124   Filed: 03/22/24   Page: 59 of 107 PageID #: 449

## Character statement

From:  Tyler Fellows (tpf624@yahoo.com)

To:  alhicks92@yahoo.com

Date:  Monday, February 26, 2024 at 04:58 PM CST

Dave Maas was my partner when I was a young police officer and taught me a lot about the job itself. I looked forward to working with Dave and learning from him every day. Dave always spoke of his family and how much he cared and needed to provide for them. One night Dave and were dispatched to a late night call on a dark street in north county. The suspect attempted to pull a firearm out of his bag and later stated he intended to use it against me, however, because of Dave, nobody was hurt. Dave saved me from getting shot that night where I may not have made it home to my family. Dave was an upstanding and well respected policeman and friend. Dave is a gentle giant who loves and cares deeply for his friends and family. Please offer my friend Dave leniency.

Respectfully,

Tyler Fellows

February 17, 2024

To Whom It May Concern,

My name is Judith Maas, I am David Maas' mother. My son has always been and still is a man anyone can be proud. Dave has always been a person who is kind, honest, reliable, and loving to family and friends. His children, family, and friends come first in his life, and he is always willing to help.

I had been employed for over 30 years at three police stations—St. Charles, Hazelwood, and Woodson Terrace. My roles included police and court clerk. During my tenure, I never heard a bad word spoken against him by fellow officers or staff.

To attest to David's lifelong character, I'd like to give a few examples that stand out to me. At 14 years old, David cooked family dinner for two weeks after I brought my youngest daughter home after giving birth. He allowed me to rest and tend to the new baby. As a police officer, David pulled a man and his family from their burning home, seconds before the ceiling collapsed; thereby saving their lives. Their house was a total loss, but twenty minutes later Dave showed up with juices, coloring books, crayons, and snacks for the children. Also, I can't count the many children he saved from choking. There have been many incidences where he has been there for people.

David is an excellent officer and a good man. He continues to make an indelible impact on everyone he meets, and I am incredibly proud to be his mother.

Sincerely,

Judith Maas

February 10, 2024

To Whom It May Concern,

My name is Dr. Jenny Maas and I am the sister of Sergeant David Maas. I can certainly attest to his character as I was raised in the same household and have known and loved him for 45 years. David is kind, compassionate, and loyal and has many, many friends of all ages, races, and socioeconomic status. You'll most likely find him on a boat dock with an 80-year-old on his left and a kid with a fishing pole on his right—reminiscing and creating memories simultaneously. I've often wondered about this unique gathering of friends and family in Dave's life and realized that he is the ultimate protector with high emotional intelligence. People flock to him because he makes them feel safe. He'll hold your secrets—and your hand.

We are a highly educated family who were raised to be leaders and have *chosen* to go into public service. Whether it's running into danger or to a code blue, we are the first people to act, utilizing our values, training, and education. They say during crisis to look for the helpers. Helpers and protectors like David are dwindling in society. In today's digital age, glorification of the hero behind the camera has become normalized as the majority want to scrutinize a video clip while never undertaking the inherent risk of helping others. David's ability to act to eliminate the community threat allowed fifty plus officers to return safely to their families. Benevolence combined with leadership and the adeptness to act confidently and quickly has earned David many accolades and commendations throughout his career. Whether it's saving choking toddlers or running into burning houses to save people and pets, Dave's daily selfless protection of the public is extremely rare, respected, and valued.

The last thing a police officer struggling to disarm an armed perpetrator should have to think about is whether he'll be sued by the guy with a gun or indicted in the performance of his duties. The current villainization and vitriol towards law enforcement from federally elected officials has been shameful and created an open invitation for criminals to wreak havoc. Criminal opportunists can continue to plunder and loot local municipalities as community resources are reallocated to their bank accounts. Police officers putting their lives on the line to serve and protect us are now afforded fewer rights than the lawbreakers, which has led to the mass exodus of good police leaders. Fear of ligation and criminal penalty has immobilized the police force. This immobilization diminishes community security. Everyone wants help when they call 911, not someone to show up and just write a report. Every year there are fewer leaders, helpers, and protectors like my brother in public service. Scapegoating police officers perpetuates a toxic perception of good and bad, unravels law and order, and further jeopardizes everyone's safety.

Most civilians can't handle the reality of what keeps them safe at night, so they shouldn't get to pass judgment on 30 seconds of a 30-year career involving a life-or-death decision. But this a unique opportunity to show up for David when it really matters like he has for others. Don't take away an honorable career over a bruise.

Respectfully,
Dr. Jenny Maas

Brian Wildgrube
161 Siena Drive
St. Peters MO 63376

To whom it may concern,

I am writing to provide a character reference for Dave Maas, whom I have known for the past eight years.  I first met Dave when he began dating my sister-in-law.  Dave has a presence about him that can be somewhat intimidating if you don't know him, but it could not be further from the truth.  In the time that I have known him, I have come to see that he is extremely friendly and hospitable, hard working, and a very passionate person.  He cares first and foremost for his family and friends.  He goes out of his way to make sure they are taken care of, no matter the circumstances.

I know that he was very passionate about his job as a police officer, and that he misses it dearly. I can only infer that as a police officer, he had the same compassion for our community that I have seen him demonstrate with others throughout our friendship.  The situation is extremely unfortunate.  It has already taken a toll on his health, career, and overall demeanor. The constant stress of extended court dates, fear of missing times with his loved ones, and the realization that his career as an officer is over in an instant has weighed heavily on him. Please take this into consideration when moving forward.

Thank you for your attention to this letter.  Please do not allow this one incident to define who Dave is as a person and police officer.

Sincerely,

Brian Wildgrube

Case: 4:20-cr-00167-HEA   Doc. #:  124   Filed: 03/22/24   Page: 63 of 107 PageID #: 453

## Dave's letter

From:  Timothy Mayberry (tmaybs81@yahoo.com)

To:      alhicks92@yahoo.com

Date:   Monday, February 26, 2024 at 07:23 PM CST

To whom it may concern,

My name is Timothy Mayberry and I have been a Police Officer for the past 15 years, five of which I served at the City of Woodson Terrace.

With my time in Woodson Terrace, I worked closely with Dave Maas. Dave was not only my supervisor but a mentor and someone I looked to for guidance. Dave was very respected by the community and his peers.

Dave always had the citizens in mind and worked diligently to keep them safe. Dave was always professional and fair with everyone he came in contact with, including criminals and public.

While working with Dave, I learned about the law enforcement community and a good work ethic. Dave not only taught me how to work hard and be a better officer, but to also be a better person and family man.

I have a lot of respect for Dave as do so many others. Dave has served the community with diligence over his extensive law enforcement career. He has received numerous awards and accomplishments and has earned all with his dedication to law enforcement.

Dave would do anything for anyone at the drop of a hat and always put others first. He has a great personality and huge heart. He always helps people in need over his own needs.

In conclusion, Dave has been a remarkable police officer. Respectful, hard working, fair, and well respected by fellow officers and the citizens. The Law Enforcement community needs a great person and mentor, like Dave Maas to teach younger officers starting in this line of work. He is a great human being, father and passionate in everything he does.

I wish nothing but the best for Dave, as he would wish the same for others.

Thank you, your Honor, for the time and chance to explain the man Dave Maas truly represents.

Respectfully,

Timothy Mayberry

Case: 4:20-cr-00167-HEA   Doc. #:  124   Filed: 03/22/24   Page: 64 of 107 PageID #: 454

## Character statement

From: Tyler Fellows (tpf624@yahoo.com)

To:     alhicks92@yahoo.com

Date: Monday, February 26, 2024 at 04:58 PM CST

Dave Maas was my partner when I was a young police officer and taught me a lot about the job itself. I looked forward to working with Dave and learning from him every day. Dave always spoke of his family and how much he cared and needed to provide for them. One night Dave and were dispatched to a late night call on a dark street in north county. The suspect attempted to pull a firearm out of his bag and later stated he intended to use it against me, however, because of Dave, nobody was hurt. Dave saved me from getting shot that night where I may not have made it home to my family. Dave was an upstanding and well respected policeman and friend. Dave is a gentle giant who loves and cares deeply for his friends and family. Please offer my friend Dave leniency.

Respectfully,

Tyler Fellows

Michael Presson

Breckenridge Hills Police Department

9623 Saint Charles Rock Road

Saint Louis, Missouri 63114

PersonaL Cell Phone: 314-486-8988

Your Honor,

My name is Michael Presson, I'm a Police Officer and School Resource Officer for the Breckenridge Hills Police Department and currently assigned to the Ritenour School District. I have been a Police Officer for approximately 26 years. Within the 26 years with Breckenridge Hills Police Department, I also held the position of Sergeant, in patrol the Patrol Division, for 10 years respectively. I requested to be assigned to the Ritenour School District 3 years ago.

I am writing this Character Letter of Reference to you to describe my relationship with Dave Maas. I have known Dave Maas for 20 plus years on a Professional and Friendship basis. I met Dave Maas when he was a Corporal with the St John Police Department. St John Police Department is a jurisdiction neighboring Breckenrtidge Hills. On numerous occassions Maas would assist our agency on calls for service when we were short on manpower or needed assistance. I noticed right away that Maas' demeanor was that he was able to successfully De-Escalate hostile situations and restore order. I have witnessed Maas using Communication skills, kind and caring words to restore order and making good judgement decisions. I have always seen Maas having a great working relationship with other officers and subjects from other jurisdictions, especially when he transfered to the Woodson Terrace Police Department and eventually to the Breckenridge Hills Police Department. I personally worked several shifts with Maas and he always has shown respect and kindness to other officers, Victims and subjects we dealt with. Maas and I share in common that Fairness and respect to all we contact as Law Enforcement Officers is a priority as well as making sure everyone goes home safe everyday. I want to mention that when Maas was a Sergeant with Woodson Terrace Police Department, I looked up to him in many ways. I saw personally how well he worked with other officers, how others respected him, how he made good sound command decisions and what mutual friends meant to him. I also developed a mutual trust for him as did others. There were times when I was not sure of what decision to make with a situation and Maas was there to help me through due to him having more experience. Maas would always let me know that when we were working together that if I needed any assistance or advice, that he would be there to help either by telephone or personally. Maas also advised me that he trusted me to assist him. I have heard other officers say that he was a great partner to work with and I have always seen the same personally.

Your Honor, Thank you for allowing me to tell you a little bit about my friend and former partner, Dave Maas. Maas has been a good friend to me and all of our mutual friends. I respect all that you do and I can only imagine what your day entails within the court system.I would be happy to speak with you

about my professional and friendship with Dave Maas, please feel free to contact me by cellular phone or at my work address.

Respectfully,


Officer Michael Presson

Case: 4:20-cr-00167-HEA   Doc. #:  124   Filed: 03/22/24   Page: 67 of 107 PageID #: 457

# Dave

From:  JD (jd@usnats.com)

To:     alhicks92@yahoo.com

Date:  Wednesday, February 28, 2024 at 03:07 PM CST

To who it may concern

I wanted to express the character that I know about my friend Dave. Me and Dave grew up on the North side of St. Louis together. Dave was a true and loyal friend. We did just about everything together. Dave was that guy that always made the better decision of what we should do and not. He was the kind of guy you wanted to follow. Dave always talked about being a policeman. I know that dream came true for him. Just wanted to share our youth growing up.

Jerry Daniels

Your Honor,

My name is Steven Siefert and I am writing to provide a character reference for Dave Maas, a person with who I have shared a lifelong friendship. As a friend and former teammate, I have had the privilege of knowing Dave and witnessing his character..

Dave and I have been friends since grade school and I have come to know him as a person of exceptional character. We shared many summers at numerous camps and were teammates on our high school wrestling team.

Throughout our friendship, Dave has consistently demonstrated honesty and integrity in his words and actions. He is a person of strong moral character. Dave holds his family and friends in the highest regard, and his commitment to their well-being and happiness is his top priority. He is also a devoted father and grandfather.

Dave took great pride in serving his community as a police officer. His dedication to ensuring the safety and security of others was reflected in his daily duties. I can confidently say that I would trust Dave with my life. His reliability, loyalty, and unwavering support make him someone I know I can always count on.

In conclusion, Dave Maas is a person of outstanding character and integrity. His contributions to his community, both as a police officer and support to his family and friends, are commendable. I trust that you will consider this letter as a testament to his character and use it to inform your decision.

Thank you for your time and consideration.

Sincerely,
Steven Siefert

2/23/2024

The Honorable Henry Autry

United States District Court of the Eastern District of Missouri


Your Honor:

My name is Todd Donaldson. I worked with David Maas at St. John Police Department from early 1997 thru early 2000's. I'm writing today to express my support for a good and decent man.

Dave and I got to know each other over the years. When I began my career in police work, Dave was very instrumental in me learning the job. Dave had already been on the force since the early 90's. He taught me many facets of the job including traffic stops, vehicle searches and how to develop informants.

Over the years, Dave and I became friends as well as co-workers. He has two boys that he idolizes, one of them following in his footsteps as a police officer. I really looked up to Dave as a mentor and hope you find some compassion for a guy that put his life on the line for 30 years in law enforcement.

If you have any further questions, please feel free to contact me.

Yours truly,

Todd Donaldson

## Character Letter

From: RICK ALLEN (shoots44_2000@yahoo.com)

To:     alhicks92@yahoo.com

Date: Thursday, February 8, 2024 at 10:35 PM CST

To Whomsoever It May Concern

In reference to David Maas

I am writing this letter to express my experience and opinion as to David Maas' character. I have known David since 1991 as a co-worker and friend while employed by Saint John Police Dept and to date.

David was always attentive to victims and their needs. It was of particular notice by me that e was able to maintain a cool and composed demeanor in stressful situations.David also spent much time assisting his children in sports and school instilling in them a appreciation for sportsmanship and fair play. As a father and member of his community I can think of none better. Even after losing his career and pension he was committed to supporting his family and helping where able.

David has expressed his regret for his actions and has given up a great deal as a consequence. I would hope leniency would be in your heart and mind David Maas and help him move past this laps in judgement in the heat of the moment.

Sincerely
Richard Allen
150 Primrose Ln
Fenton Mo

*Rick Allen*

# Patricia Rattini

2/23/2024

Patricia A. Rattini
3245 Mango Dr.
St. Charles, MO  63301
314-303-6810
Trish_a_rattini@uhc.com

To the Honorable Judge Henry Autrey:

My Name is Patricia Rattini, I go by Trish.  I am writing this letter today to offer a more complete picture of who David Maas is.  I am 54 years old and have worked for United Healthcare for almost 30 years as a Senior Field Account Manager in the Sales Department.

I met Dave 3 years ago this month when my husband Ron (of 23 years) and I purchased our river home in Elsberry, MO.  He was introduced to us from lifelong friends.  They told us that Dave was a good, decent guy and we came to know just that!  The river is a place that we all go to for nature, peace, and tranquility.

As you may know, the older you get, you can count on two hands the number of friends that you can really count on and that you know are going to be with you for the long haul.  I am writing this letter to offer a more complete picture of who Dave is.

When we first bought our river home, there was furniture left from the previous owners, most of it being derelict.  When it was time to move the old refrigerator out and a new one in, Dave was first in line to state that he could help us.  Well, he walked the talk!  Refrigerators are heavy items!  This house is up on stilts so

there are many steps to take in consideration.  Dave did not hesitate to help take the old frig out and the new one in!  We hardly knew him, and he was willing to help!  That really sticks out in my mind, who helps people that they hardly know?  It is not a common thing......We so much appreciated Dave's help.  Him volunteering showed us that he has integrity, which can be hard to come by.

Since that day back in February 2021, we have shared many of meals with Dave and his fiancé, Amy.  They always open their home to us as well as welcome our children without any questions, I never feel like I am not wanted or that I am overstaying my welcome.  We have good clean fun with a lot of laughs playing Uno and just enjoying each other's company. I plan on being friends with Dave for the rest of my life!

My ask of you and the court, that you provide leniency to Dave and his sentencing.  He is one of the most kind, loving, big teddy bear kind of guy that I am lucky to know and call my friend.  Thank you for your time in reading my letter.

Sincerely,


Patricia A. (Trish) Rattini

2

February 9, 2024

To Whom It May Concern,

My name is George Edward Harris II and I am pleased to highly recommend David Maas as a person of honesty, integrity, loyalty and dedication.  I am a family friend.

I am a retired Executive of the Boeing Company, holding an Engineering degree from Washington University and an MBA from Lindenwood University.  As Director of Quality for the F15 program in St. Louis,  I've had the privilege of working with a diverse workforce and customer base.  That diverse workforce included: Union and non-union employees, Engineers and Management.  The diverse customer base:  Air Force Pilots, F15 Program Generals and Colonels.  It was my responsibility to interface with Boeing personnel and customers to approve inspection and test results for each F15, prior to delivery.  After 37 years of service, I believe I've developed the ability to identify a quality individual, particularly after spending time with them.

My first encounter with David was approximately 15 years ago when he and his father moved a refrigerator for me.  His father is a friend and neighbor.  I was impressed with David's friendliness, courtesy and helpfulness.  Over the years, I became friends with David and learned he was skilled at carpentry, plumbing and fixing electrical problems.  In fact, he became the neighborhood handyman.

As a handyman, he also built steps, porches and fences.  He fixed faucets, switches, lights and fans.  Subsequently finding work in the construction trades, he demolished damaged structures and repaired those that could be saved.  Most recently, David helped me tear down and rebuild my cedar deck.  Actually, I acted as supervisor and he did all the manual labor.  It took several months, as he was helping me while working his construction jobs.  He also helped my wife and I with lawn care and garden maintenance.

Having spent several months conversing with David, I learned that he loved his job as a police officer.  He often said his desire was to provide a safe environment for those he served and served with.  He was cognizant of residents, shop owners, workers and itinerants.  He had affection for the poor and the homeless.  He had a reputation of being one of the first on the scene to assist fellow officers.  His peers respected and trusted him.  Due diligence made him a good officer.

David is intelligent, industrious, dedicated, careful and proficient in his work.  His is very good at whatever he does.  I am pleased to be his friend and know he will excel in his endeavors.

If you would like further comments or clarification, please contact me.


*George Edward Harris II*

George Edward Harris II
609 Hidden Lake Drive
St. Peters, MO 63376

636-926-0255

Dear Judge Henry,

I am writing this letter to express my utmost respect and admiration for Dave Maas, who I have had the pleasure of knowing for Dave since 2007. In this time, I have come to recognize Dave as an upstanding individual with unwavering integrity, dedication, and commitment to his family, and other Police Officers when ever and what ever was needed from Dave.

Throughout my interactions with Dave, I have consistently witnessed him demonstrate professionalism, compassion, and diligence in carrying out his duties as a law enforcement officer. Dave approaches every situation with a demeanor and a genuine desire to help others, regardless of the circumstances. His ability to remain composed under pressure and make sound judgments is truly commendable and reflects his extensive training and experience in law enforcement as well as the commitment to make sure he and his fellow Officers go home to their families.

Furthermore, Dave has consistently shown a deep understanding of the importance of building positive relationships with other Officers. I've seen him actively engage with residents, listens to their concerns, and worked to address issues affecting the community's safety and well-being. Dave's dedication to fostering trust and cooperation between law enforcement and the public is evident in his approachable demeanor and willingness to go above and beyond to serve and protect.

In addition to Dave's professional attributes, I have also had the privilege of witnessing Dave demonstrate impeccable moral character and a strong sense of integrity in his personal life. He consistently upholds the values of honesty, fairness, and respect, both on and off duty, serving as a positive role model for colleagues and community members alike. Dave's commitment to family is beyond compare. His dedication to his son's with coaching, mentoring and overall rules and stricter upbringing, shows in the dedication of him being a father, that translated to his sons to have successful athletic careers beyond most their ages.

In conclusion, I recognize Dave as morally and ethically sound as they come as a man and a former Police Officer. Dave would show up on scene of any call and make sound judgement decisions as well as show leadership skills for the other Officers involved. Dave has my utmost trust and confidence, and I am certain that he will continue to make invaluable contributions to society no matter what route he goes after police work.

Please feel free to contact me if you require any further information or clarification regarding this letter of character for Dave.

Sincerely,

Rick Frauenfelder

02/19/2024

The Honorable Henry Autry

United States District Court of the Eastern District of Missouri


Your Honor:


My Name is Sergeant George Forir and I am a Police Officer with the City Of Woodson Terrace Missouri. I have been a Police Officer for 26 years. I am writing today to express my strong support for leniency with your decision concerning my dear friend, David Maas.


I have been friends with Dave my entire 26 years of Law Enforcement. When I was a new inexperienced policeman, Dave was one of the more seasoned officers who I looked up to. Dave and I have not only worked together in neighboring police departments but have worked together for the City Of Woodson Terrace, working the same shift.


During my time with Dave, I witnessed one of the best police officers anyone could ask for when It came to protecting a community. Dave has always taken his job of service to the community as priority number one. I have witnessed more acts of kindness from him than I could ever attempt to count. Not only was Dave an excellent member of the law enforcement community he is a loving and caring fiancé, father and grandfather who during his current retirement spends most of his time with.


Judge, I am respectfully asking for your compassion during this process as this this means the world to his family and friends.


If you have any further questions please feel free to contact me at any time.


Yours truly,

Sergeant George L Forir III  #63  (636-667-7737)

Woodson Terrace Police Department

February 19, 2024

Your Honor:

I am writing this character reference letter on behalf of my cousin, David Maas, who is currently facing legal proceedings. I have known David for 50 years and have had the opportunity to observe his character firsthand.

I can attest to David's integrity, responsibility, and character. Throughout our relationship, he has demonstrated a strong commitment to his family and community. He is dependable, trustworthy, and always willing to lend a helping hand to those in need.

I firmly believe that David is a person of good character who made a regrettable error in judgment, while being employed in a high stress situation. I am confident that he will emerge from this experience as a better individual, equipped with the wisdom gained from this difficult chapter in his life.

I respectfully request that the court consider David's positive attributes and contributions to society when making their decision. I am hopeful that with your understanding and leniency,David will have the opportunity to continue his journey towards peace.

Sincerely,

Kimberly Rowe

409 Lighthouse Point Dr

Lake St Louis MO 63367

January 26, 2024

Re: Character Letter for David Maas

Your Honor,

Hello, my name is Kathy Horton and I work for Chase Bank as a Vice President of Client Services in the Corporate Relocation Home Lending Division. I have worked in the mortgage industry in many roles for over 23 years. This letter is regarding my cousin David Maas, whom I have known for all 47 years of my life. My dad and his mom are siblings, and we grew up in a tight nit family. I am writing today to highlight all the positive ways he has impacted our families and to show the content of his character. He has always been a role model as one of the older cousins to me, my sisters and brother. I always felt safe and protected in his presence. The devotion to his community and family is unparalleled. He has always understood the importance of family values and showing up for those of us in need. If you needed help with anything he was always there to offer a helping hand or a joke to make you smile. He is respectful and honest and listens to others with compassion.

His love for his job as a police officer flowed over into his family. Showing us the importance of keeping ourselves and families safe. By also inspiring others with his health and fitness journey. I always thought he was the strongest guy I ever saw and ever knew. Being a little cousin to him, he has always been a hero of mine.

I have always acknowledged the dangers of his profession and the seriousness that role plays in our communities. I have always followed his career and accomplishments with much pride. The unfortunate circumstances that brought him in front of you today has taken a toll on the family. I worry about how he will be treated and how this will affect him in years to come. He has given so much of his life to serve and protect and has been in many situations where he must make quick lifesaving decisions for himself and others. His kindness, compassion and love for his family is something that I will always cherish. Please consider all of the positive impacts he has made, not only to us as a family,  but to the many communities he has also served in as you make your decision on his sentencing.

Sincerely,

Kathy L. Horton
2 Marche Dr
Lake St Louis MO 63367
Cell 636-284-4312
Katlynne44@me.com

February 19, 2024


Your Honor:

We are writing to you today on behalf of our nephew, David Maas, who is currently facing charges.  As his Uncle and Aunt, we have had the privilege of witnessing his growth and character development over the years, and we believe he possesses the qualities that make him a valuable member of our community.

David has always been a responsible, compassionate, and honest individual.  From a young age, he has demonstrated integrity and a strong sense of moral values.  He has consistently shown empathy towards others and has actively contributed to his community through his career and acts of kindness.

Furthermore, David has always been dedicated to his career and personal development.  He has shown great resilience in overcoming challenges and setbacks, demonstrating his ability to learn and grow from experiences.

In addition to his personal attributes, I can attest to David's positive influence on others.  He is a role model to his peers and family members, often offering guidance and support when needed.  His presence in our family has been a source of joy and inspiration, and I have no doubt that he will continue to positively impact those around him.

As David's Uncle and Aunt, we kindly request the court to consider his character and the positive contributions he has made to society.  We are confident that with the appropriate guidance and support, he will continue to thrive and contribute positively to his community.

Thank you for considering our perspective.

With Respect:

John and Sheila Thoma

1063 Silo Bend Dr

Wentzville MO  63385

February 11, 2024

Regarding:  David Maas Character Letter

Your Honor,

My name is Karyn Hake; I have known Mr. David (Dave) Maas for 52 years of my life, as he is my older first cousin.  I am a successful woman in the healthcare industry, working for SSM Health Physical Therapy, as a Business Development Manager.  I am writing to you today in hopes to shed some light on just how amazing Dave Maas is as a person.

Growing up, we would see each other often at family events.  I always looked forward to seeing him.  We have a lot of girls in our family, so he was viewed as the 'big protector cousin'.  In our youth, Dave was always involved in some sort of sport, always practicing to be the best.  His dedication to whatever he is doing is admirable as he gives 100% in everything he does.  I admire his commitment and enthusiasm with his sports, health and career.

His love for his family has always been present and it's always been big love.  He was a great big cousin who would play with us as children and as we grew he became a loving cousin, who always makes you feel wanted.  He constantly greets family with a huge smile and an enormous hug that makes you feel safe and loved.  His sense of humor is something that keeps us laughing and wanting more!  He is a helpful caring person that will go out of his way to help anyone in need.

It made total sense to everyone that knows Dave that he choose to be a police officer.  His dedication and pride of protecting his community was something he never took lightly.  I felt so proud knowing he was out there helping people and keeping things safe for those in the community.  Just like when he was a kid, he was the 'big protector cousin' – then for his career he chose to protect his community.  It was not surprising to any of us.

He has three children and one grandchild that is the center of his life.  He has always been an incredible role model and father to his children.  So much so, even one of his sons is a police officer now.  His new granddaughter makes him melt with shear love.  His growing family is everything to him.

This dangerous situation he was put in was an unfortunate display of his true self.  It has always been clear this career is one that is scary and can put these men/women in harm's way every single shift.  I respectfully ask you to remember how much time and love he gave to his career as a police officer in our community.

In closing, Your Honor, I ask that you please take this character letter in consideration of how much of a well rounded caring individual he is.  He is a good man that has shed so much goodness in the community and our/his family.

I thank you for your time in reading this letter.

Sincerely,

Karyn Hake
7 Mouser Drive
St Charles MO  63304
Cell:  (314) 330-0377

Case: 4:20-cr-00167-HEA   Doc. #:  124   Filed: 03/22/24   Page: 80 of 107 PageID #: 470

2/20/24, 3:28 PM
Yahoo Mail - Fwd: Character Witness. David Maas

## Fwd: Character Witness. David Maas

From:  Carrie Cafazza (carriecafazza@gmail.com)

To:      alhicks92@yahoo.com

Date:  Sunday, February 18, 2024 at 05:50 PM CST

**Date:** February 16, 2024 at 13:09:02 CST
 **From:** jamanuele@charter.net
**Subject: Fwd: Character Witness. David Maas**

I am writing to provide a character reference for David Maas, whom I have known since he was in kindergarten. David has grown up alongside one of my children, and over the years, I have had the pleasure of observing his character and work ethic firsthand.

From a young age, David displayed remarkable qualities of respectfulness and helpfulness. Whether it was on the sports field or in everyday interactions, he consistently demonstrated a willingness to assist others and maintain a positive attitude. His dedication to teamwork and sportsmanship made him a valuable member of any team he was a part of.

Additionally, David has been managing my landscaping needs for some time now, and I couldn't be more satisfied with his services. He approaches his work with diligence and professionalism, always ensuring that tasks are completed in a timely manner and to the highest standards. What sets David apart is not only his skill in landscaping but also his commitment to customer satisfaction. He communicates effectively, charges a fair price for his services, and consistently follows up to ensure that I am pleased with the results.

Beyond his professional capabilities, David is a kind-hearted individual with a genuine desire to help others. He embodies integrity and reliability in all aspects of his life, making him someone I trust implicitly.

In summary, I wholeheartedly recommend David Maas for any endeavor he pursues. His exemplary character, work ethic, and dedication to excellence make him a valuable asset in any context. Please feel free to contact me if you require any further information.

Sincerely,

Ann Manuele
3300 Ludlow Ave
Bridgeton, Mo. 63044
314-298-9848

## Dave's letter

From:   Debbie Russ (debbie_russ2000@yahoo.com)

To:      alhicks92@yahoo.com

Date:   Saturday, February 17, 2024 at 11:38 AM CST

Dear Judge Autrey

My name is Deborah Russ and I am writing this letter to give you a little more insight on who David Maas is. I have known Dave and his family for over 30 years and they are a wonderful family.

Dave has dedicated his life for 30 years to law enforcement and has held many positions. It takes a special person to do this job that many don't appreciate. Dave has been there for many people in their time of grief when they needed someone to talk to, or just to sit with . Dave wanted a job where he could do the most for people. Dave did not just drive around and look for someone breaking the law. He would stop and talk to people in the neighborhoods see how their day was going or see if he could help them with anything.  If he saw children out playing, he would stop and talk to them or maybe play a little game with them. Dave is a great family man and treats everyone like family.

Since
Deborah Russ

2/20/24, 3:29 PM                                    Yahoo Mail - David Maas

## David Maas

From:  Carrie Cafazza (carriecafazza@gmail.com)

To:      alhicks92@yahoo.com

Date:  Friday, February 16, 2024 at 07:43 PM CST

This letter is in reference to the character of David Maas, whom I known since he was in high school and best friends with my nephew. I had the pleasure of observing his character and sportsmanship when involved in many sporting events.
He has always displayed remarkable qualities of respectfulness in everything he did.
He was mowing my lawn for many years, always on time and completed a beautiful job.
I find him a kind hearted person always ready to help others.
Based on my experience, in my many years of knowing him, I feel confident to recommend David in any endeavor he may pursue.
He has an exemplary character and work ethic.
Please feel free to contact me if you require more information.

Sincerely,


Carrie Cafazza
314-427-8947
carriecafazza@ Gmail.com


Sent from my iPad

To whom it may concern, my name is Gina Wildgrube and I have known Dave Maas for several years. As someone who had the privilege of being a close by neighbor in Woodson Terrace and witnessed firsthand how he treats my daughter n laws sister with love and respect, he always goes above and beyond for everyone in his life without ever expecting anything in return.  I can confidently attest to his exceptional character.

It's not often you come across people like Dave whose integrity speaks volumes about their true nature: selfless, compassionate, and genuine through and through -qualities that make him both an outstanding police officer but more importantly human being.

I can confirm with confidence that he is an honorable man who cares deeply about. In all the time I've known him, I have never seen his mistreat anyone.

Overall, he is very hospitable generous friendly person who makes those around him feel safer.

As someone who feels safer with Dave serving as a police officer, I highly recommend him based on his unwavering integrity and dedication to protecting those around him.

Dave always makes everyone feel welcome in his presence. His generosity knows no bounds as he goes out of his way to ensure people are comfortable and happy. It comes as no surprise that he chose law enforcement as a career path since he genuinely desires peace and safety for all members with any given community.

Sincerely,
Gina Wildgrube

Gina Wildgrube
314-258-4004
3573 Emmence Blvd.
St. Louis, Mo. 63114

Judge Henry Autrey
United States District Court
Eastern District of Missuri

Sir,

This letter is on behalf of David Maas, who will be standing before Your Honor.

I am C.V. Mayberry, retired Chief for the City of Woodson Terrace. Having served as a policeman for 47 years for Breckenridge Hills (5) and Woodson Terrace (42) with 19 of those years serving with David Maas.

After working side by side with Dave for those 19 years as a patrol partner and later as his Chief, I developed a sense of who Dave is as a person. Dave and I have had many car-to-car talks about life, family and what it meant to him being a police officer. He reminded me many times that his sole desire and passion was to help those people who could not help themselves or were incapable of doing so. It is without doubt that I believe Dave was truly sincere in his passion for his responsibilities as a law enforcement officer. I have witnessed many times Dave's unyielding compassion towards the people he served in our community. I have seen this big figure of a man shed tears and reach in his wallet to help anyone in need. Dave's words often kept me grounded as a person and as a police officer, which I give credit to him in helping me to serve several of my 47 years.
His concern and compassion was obvious after witnessing a fellow police officer lying on the payment after the accident. Dave is not a perfect person, not sure I have ever met one; but, he is a very good person with a very good heart and a wonderful human being.

In closing, I would like to say that if I, or any member of my family, is ever in need of police assistance, I sincerely hope that he or she has the same passion and understanding that Dave Maas has, especially in today's world.

Sincerely,

Constine V. Mayberry

1

Dear Honorable Judge Autrey,

I am writing this character reference letter for Dave Maas, whom I have had the pleasure and honor of working with and have known for approximately 20 years. I have found Dave to be an outstanding individual, both on and off the job. A person of great integrity and strong moral character, someone who is honest, reliable, and always willing to help others in need.

Dave has always demonstrated the highest level of compassion and empathy towards victims and their families. His dedication to protecting the community and his fellow officers is rivaled by none. To this day, Dave remains highly respected as a competent and dedicated veteran officer, known for his steadfast and relentless pursuit of justice for those victimized by the inhumane actions of those members of society who are direct threats to the community.

I can speak first-hand to the heart and soul that Dave has poured into serving the community for thirty years. Thirty years of being a driving force and a voice for those victims who can't or won't stand up for themselves. Thirty years of dedication to making the community a better place, free of the criminal element. Thirty years of being the line between the community and a criminal element that the rest of society goes above and beyond to never encounter.

With that selfless dedication comes personal sacrifice. Thirty years of missed family outings, holidays, birthdays, children's sporting events, and anniversaries. All sacrificed for the betterment of the community and the honorable dedication to serving others. This is the selfless dedication that Dave has given to this community and fellow officers for three decades.

If every community had more officers that put forth Dave's selfless dedication and personal sacrifice to serving their community, we would all live in a much safer and better place. Dave's desire and dedication to protecting and serving others is to be commended and should stand as an example of "selfless service".

In conclusion, Dave is an excellent police officer, supervisor, father, grandfather, friend, and a highly respected member of society. I would respectfully ask that his response to this situation not be viewed in hindsight or with a 20/20 vision based on months of stress-free review and analysis, but the stressful, split-second view of an on-scene officer taxed with the safety of himself, fellow officers, and innocent bystanders. A veteran officer with 30 years of experience in violent suspect encounters, training, and knowledge of negative outcomes based on lax and complacent OFFICER SAFETY responses and handling of violent offenders.

Respectfully,

Paul Anderson

To Whom It May Concern:

I have known Dave Maas since 2011. When I first met Dave, I was a very new Police Officer who was extremely motivated, excited, eager to protect citizens, completely lost, and scared out of my mind.

I had just entered a world where I was expected to make life or death decisions in literally less than a second. A world where perfection is always expected and demanded at all times. A world where natural human emotions are expected to be controlled in an unnatural and unhuman way. A world where I was expected to be a psychologist, a counsellor, a mentor, a paramedic, a legal counsellor, a lifeguard, a teacher, a firefighter, a leader, a parent to all, a dog whisperer, a professional mixed martial artist, a superior marksman, and a professional racecar driver.

All the above expectations while wearing one of the most uncomfortable uniforms I have ever worn that these days has required me to receive 4 chiropractor adjustments a month on my own dime. All the while being judged by those who get to take their time while using the restroom at their workplace. Those who get to finish their lunch. Those who don't have to completely change their sleeping schedule every 28 days and sometimes multiple times within those 28 days (overtime work so we can finish paying the bills).

All the above, I have worked hard for and am at peace with. After all, I signed up for it. I have no regrets and could not imagine having a career that did not involve protecting those who do not and will most likely never know the freedoms and luxuries they have.

Today I am approximately 14 years into my career. I could not and would not have made it this far without the advice and support from my Superiors, my Coworkers, my Family, and God. Dave was one of my Superiors.

During my first week as a Police Officer, Dave assisted me through my first Death Investigation. A corpse had been discovered inside a residence. According to the mail, the corpse was approximately 2 months old. The residence did not have its air-conditioning unit turned on and it was summertime. I could see from the outside of the residence that the windows were black, due to the large number of flies inside the residence. The carpet inside the residence was soaking wet, due to the leaked fluids from the corpse.

While the mortuary assistants were handling the corpse, the corpse's stomach popped, thus releasing even more stench, causing one of the mortuary assistants to immediately run out of the residence to vomit. Later that evening I snorted warm salt water through my nostrils and out of my mouth multiple times to help get the smell of the corpse out of my nasal passages. Also, later that evening I gave serious consideration to quitting my job.

During this horrifying, disgusting, and extremely overwhelming call for service, Dave gave me some advice that I still use today. Dave's advice prevented me from quitting this profession. Dave told me to complete one task at a time and keep it simple. I know this advice seems simple and obvious, but you would be surprised how useful this advice is when dealing with intense situations. I still use this advice today and pass it along to the new Police Officers that I train as a Field Training Officer.

In the beginning of my career, I was having many difficulties during training. So many difficulties that my department was thinking about getting rid of me. Dave saw that although I was having difficulties in the field, I was the hardest worker at the department and took me onto his Platoon, thus saving my career again. Dave did not have to do this for me, but that is the type of person that Dave is. Always sticking up for the underdog. Soon after Dave took me under his wing, I began to excel.

I am not a hero and would never consider myself one. However, during my time as a Police Officer I have saved lives, prevented sexual assaults that were almost in progress, pulled children out of deplorable conditions, restarted hearts, prevented a man from drowning, brought people back from overdosing, arrested many violent felons, etc. Make no mistake, if I had quit that night or if Dave didn't stick his neck out for me, these lives would have been lost and or destroyed and violent felons would have been able to continue destroying communities. It is because of Dave not giving up on me that I was able to continue my profession.

During the years I served with Dave, I have seen him help many citizens in many ways. Some of these times he did not know I was watching.

To include the following:

Purchase food and toys (with his own money) for a family whose residence had just burnt to the ground.

Capture multiple criminals who had just committed Robberies, Assaults, Unlawful Use of a Weapon, Burglaries, Carjackings, etc.

Put a smile on many children's faces simply by smiling at them, saying hello, and showing an interest.

Loaning his car to a fellow coworker, for an extended period of time (at no charge), so the coworker could get to work.

I could keep going on, but this letter would go on forever, and I would also be afraid it would become unbelievable.

In addition to serving his community Dave is also a good father. I have seen him give everything to his 3 children. Dave provided everything he possibly could for his kids, going from one 12-hour patrol shift to the next secondary work 12-hour shift, back-to-back. Dave has coached his kids, trained his kids, and helped his kids get set up for their careers. Everything a good father should do.

In conclusion, Dave has saved lives and has helped his community more than most people ever will. Most people will never attempt to even try. This letter does not even begin to scratch the surface, as far as describing Dave's positive impact on his community. The truth is it cannot be put in words. What has stemmed from Dave's leadership, mentoring, and the sacrifices he has made during his career, cannot be measured. Decades of Service!

I thank you for your time and I am respectfully requesting that these facts be considered.

Respectfully,

Cpl. Gresco II



February 13, 2024

To whom it may concern,

My name is Pastor Pat, Senior Pastor of HBWT.  I would like to speak about the character of Dave Maas. I believe he loves his job in law enforcement because he's a natural protector of the community and will always stand for the old and the weak.  Also, know that he has been a supporter of many charity events here at our church including our boxing ministry that supports families in our community along with police, firefighters, and our military.

If you have any questions feel free to contact me.

God Bless and have a great day in the Lord,

Patrick Rankin, Sr.
Senior Pastor

---

**WESTPORT CAMPUS**
1745 Craig Road, St. Louis, MO 63146
**Service Times:**
Sunday 8:30am & 10:00am

**NORTH CAMPUS**
1185 Shackelford Rd, Florissant, MO 63031
**Service Times:**
Sunday 11:30am

**WEST CAMPUS**
696 Main Street, Moscow Mills, MO 63362
**Service Times:**
Saturday 5:00pm & Sunday 10:00--

314.567.6007      hbwt.org      facebook.com/hbwtstl

Judge my,name is Steve Keiser i am responding a letter to you on the the case with Dave Maas.
I met Dave while wrestling in high school we eventually ended up going to Forest Park Comm. College,
wrestling is a tight group of people that always stays together. I have several of my team mates that go
hunting and fishing trips still after 45 years.
Dave continue his college and went into law enforcement along with several of my friends. Over the
years
they all grew into higher ranks FBI ,Head of SWAT teams under cover all risking their lives. My son is
one
of the Presidents men with secret service.
  The justice has change so much over the years, from the good old boy  group that could run small towns
calling
parents instead of arresting kids. Going to the city to ball games never was a problem , you could park
your car any
where and not have to worry about it.
 Dave was on the force almost 30 years , he was scream at shot at and some how he always went back
to work to protect
the community, then times change riots running wild , thefts, car jackings and murders everywhere in the
city.
 the St. Louis prosecutor refusing to press charges and in some cases bailing these criminals out of jail.
These criminals where back on the street faster than the paperwork was done.
Cameras came out of everyone pocket and the truth was on the tv screens. Then the world was after
police,
 starting with Rodney King to Brown in St. Louis and a camera capturing Dave .
 As a police officer what he did was unprofessional and illegal, if someone hit my mother and car jack
her i would have done the same. I just don't see what sending someone to prison does to resolve this
matter.
You have someone the has protected you for 30 years, is a productive to society paying taxes , working
and now
you want the state to be his keeper. What happens to a police officer in prison?
  If you have to sentence him, put him on a work release program or maybe a work farm but jail is not
going to accomplice
any good to anyone. You can't take back the past.

                                        Steven Keiser        618-340-0936

Case: 4:20-cr-00167-HEA    Doc. #: 124    Filed: 03/22/24    Page: 92 of 107 PageID #: 482

## AFFIDAVIT OF CHARACTER

I, James Ruebel, of 121 N. River Road, Ellsberry, Missouri 63343, at 319-470-1719, employed at Plumbers And Pipefitters Local 178 as BTJ Pipefitter Retiree, do hereby certify that David W. Maas is personally known to me and is of good moral character.

My date of birth is November 28, 1959 and I have been personally acquainted with David W. Maas for 2 years and 6 months in the following capacity:

My Name is James Ruebel, I reside at 121 N. River Road a small community in Lincoln County on the Miss. River i have recently retired from the Pipefitters Union Local 178 after thirty years of service, positions held , BTJ Pipefitter, Welder, Fabricator,Shop Steward, Foreman,

I have personally known David Maas for approximately two and a half years when in September 0f 2021 a tree fell on my house destroying my entire front deck and front of my house leaving it open to the elements, Dave was one of the first people to stop by and introduce himself and offer any assistance he could,
Since then i have known him to conduct himself in a friendly often generous manor, i have personally seen him stop by and offer assistance to elderly man removing an old pump and point well and stayed till the water was up and running, He is very much a productive part of our community ,,, He takes pride and works very hard landscaping and showcasing his yard ,, He has shown nothing but a mild pleasant demeanor, always ready to participate in community activities, He is a good father his children have always shown to be well mannered and respectful toward others David Moss has proudly and unselfishly served his community putting is own life on the line, It would be of great loos and sadness for our community and society in general to incarcerate officer Moss but for this one isolated Tribulation.
David Moss is a stand up man and takes full responsibility for his actions, his Kindness, Generosity and Character are beyond reproach i pray the courts take into account the extenuating circumstance's.

Thank you : James Ruebel

Signed:

_James Ruebel_                    2/7/24

James Ruebel                       Date

This is a RocketLawyer.com document.

Dave Mass has been dating my
daughter for about seven years. In the time
I've known him he has always been
willing to help anyone if they needed
something. The past five years have
really been hard for him. He should
be able to move on with his life and
put this chapter behind him

Sincerly
Barbara Hicks

2/2/24

To whom it may concern:

David Maas is well-known for his kindness in the communities that he has served.  His humanity for people is beyond reproach.  He is a caring, loving individual, who puts people's needs above his own.  He donates coats for people that cannot afford them.  He also saves human and animal lives, while risking his own life among various tragedies.  Any community would be very fortunate to have my nephew's services.

Sincerely,
William Kaut

314-878-8802

Carla  Saunchgrow

144 Lake Drive

Elsberry, MO 63343

Promod440@yahoo.com

636-279-0704


2/4/2024


Re: Character Reference for David Maas


Your Honor,


I write to shed light on the personal character of Mr. David Maas, known to me for 5 years. In his personal life, David has consistently shown loyalty, kindness, and a deep concern for others' well-being.


His commitment to family and friends is evident in how he handles personal challenges with resilience and a positive outlook. David's support creates a nurturing environment for his loved ones, and he extends this kindness to neighbors and community members in times of need.


While acknowledging the seriousness of the situation, I believe in David's potential for personal growth and positive change. I kindly ask the court to consider his personal character in its decisions.


Thank you for your time and consideration.


Sincerely,


Carla Saunchgrow

## Officer David Maas

*1-30-24*

Officer David Maas has always been kind and helpful to everyone through the years. He is a hard-working person who is devoted to being the best at his job. He is very thoughtful and always gives 100% in any task he is given.

**Examples of his kindness include**:

1. Years ago, before going in to work, David was kind enough to escort me through a High School to my Niece's Math classroom, so I could surprise her on her 16th Birthday with a corsage, balloons, and presents.  He not only escorted me, but also made the arrangements with the Math Teacher and School to get their permission.  David also sang along with me and the students in class.  I don't think my Niece will ever forget her 16th Birthday, and I couldn't have done the surprise without him.

2. Many times, my husband *(who loves to collect coats)* would donate gently used and sometimes new coats to David, which he would carry in the trunk of his police car.  While on duty, if he came across a person in need, he would kindly open the trunk and give them a coat.  He gave away quite a few coats.

3. On New Years Eve, about 6 or 7 years ago, Calvin Warren's home in Woodson Terrace went up in smoke.  Officer David Maas and his partner were there to evacuate him and his family.  After the blaze was out, and the family was trying to salvage what they could, David and his Partner returned quickly with a big box of food and miscellaneous items to hold the family over.  Calvin Warren then wrote a letter to the Woodson Terrace Police Chief and Board of Alderman, expressing his thankfulness for the kind and thoughtful Police Officers that not only helped his family out of the burning house that saved their lives, but then returned with a box of goodies.  Officer David Maas and his Partner were then honored for their thoughtful gesture at the Woodson Terrace Police Station.

   *(The house picture and more information can be referenced in the attached news article.)*

My Nephew, Officer David Maas, would give you the shirt off his back, or go the extra mile, if he thought it would help you out.  He is a very positive person that wears his heart on his sleeve and keeps a smile in his pocket.

Sincerely,
Debra Kaut

*Debra Jean Kaut*

314-878-8802
djkaut@att.net

**Dave**

Amy Hicks <alhicks92@yahoo.com>
Tue 2/13/2024 11:07 AM
To:Amy Hicks <amy@drblighmd.com>

Meggen Rohn
9430 Flora Ave
St. Louis MO  63114

Dear Judge,

I wanted to take a moment to express my heartfelt appreciation for my stepdad, Dave. I've had the privilege of having him in my life for many years now, and I can confidently say that he's one of the most exceptional individuals I've ever met.

My stepdad embodies what it means to be a good person. He's kind, compassionate, and selfless, always putting the needs of others before his own. He's been a rock for me and my family, providing unwavering support and guidance through life's ups and downs.

One of the things I admire most about my stepdad is his unwavering integrity. He's a man of his word, and he always does the right thing even when no one is watching. He's taught me the importance of honesty, hard work, and responsibility, and he's been a shining example of these values in action.

My stepdad has also been an incredible role model for me. He's shown me how to be a good partner, friend, and member of the community. He's always there to lend a helping hand, offer a listening ear, or simply provide a shoulder to cry on. His patience, wisdom, and sense of humor have helped shape me into the person I am today.

I could go on and on about my stepdad's many wonderful qualities, but ultimately, I just want to say thank you. Thank you, Dave Maas , for being an amazing stepdad, mentor, and friend. You've made a profound impact on my life, and I'm so grateful to have you in my corner.

Sincerely,
Meggen Rohn

Lt. Tim Heimann
9712 Willow Creek Ln.
St. Louis, Mo. 63114
(314)-486-4802

I have known David Maas for over 35 years now. We met in college at CMSU, Central Missouri State University. We after college we attended the police academy together at St. Louis County. Dave has always been an intelligent, athletic and physical person. We would train together and we would push one another to do better in the academy.

Dave and I were hired right from the academy by the St. John Police Department. A mid-county bedroom community along the St. Charles Rock Rd with plenty of call volume. Dave worked predominantly midnights, so he could watch his kids at night. Dave and I work together on the street. I always knew Dave to be honest and fair with people he encountered. Dave's forte of police was largely DWI's, drugs and guns. He never worried with the non-criminals.

Dave has always had a big heart for animals. He once rescued a snake from Endicott Park that was a python. The snake was nearly dead, from cold. Dave brought that snake inside and nurtured it back to life. A big guy like Dave raised the smallest dogs in the world, Tea Cup Chihuahuas. I remember his other hobby was collecting flowers that he got from his Dad.

One night while working together on a night shift, Dave and I told ourselves that we were going to get an illegal gun off the street that night. We made countless traffic stops with drugs, but we stayed at it. We came very close we believed but no gun that night. This was at a time when there were gun laws and a lot fewer guns. Dave always sought out the criminals, some who were willing to hurt him. However, he was never afraid of that.

I have known Dave all these years. As a Dad, he has been very proud of his kids. He loves talking about them. As a Police Officer Dave impressed upon everyone to be professional. He always had a sharply creased and starched uniform. Dave was proud to do real police work. He was always very capable of defending himself, but very fair too.

In Dave's case, I pray that the court finds reason to show Dave much consideration for leniency. Dave has earned that. He has done so much good work without favor for himself. He is a honest and caring person.

Lt. Tim Heimann

Lt. Tim Heimann

February 7, 2024

Honorable Judge Henry Autrey, Magistrate Judge
United States District Court for the Eastern District of Missouri
111 S 10th Street
St. Louis MO 63102

Ref: David W. Maas

Dear Judge Autrey,

I first met David "Dave" Maas in 1998 when I was in the police academy and became a Reserve Officer
with the St. John Police Department. From the first day we met he took it upon himself to prepare me
for the career I had chosen. He made sure my gear was set up properly and took good care to teach me
what I needed going forward. After I graduated, he became my Field Training Officer and continued
providing me with the tools I needed to succeed. He gave me great advice and helped me to be accepted
among my peers, even with my limited experience. It was a gift I will never be able to repay.

Over the years, I've tried to thank him for the positive impact he has had on my career. He always
deflects the compliment and minimizes his role much like a humble man would. The fact is, he did have
a tremendous impact on setting my career path on the right trajectory, and I can't tell my life story
without including him.

Some of my best memories are of Dave interacting with his young children. Watching him with his sons
and daughter made me want to be a dad. Dave won't remember this story, but I would like to share with
the court the biggest impact he had on me that will carry on for the rest of my life. His daughter's name
is Chelsie. He would talk about how much he loved the fact her name ended in the E sound; just like the
word happy. When I had a chance to name my daughter years later, I named her Felicity (meaning
happy). So, I took it one step further. Dave always preached "Family First", and I remember him reading
Dr. Phil's book of the same title all the time. I have three children now and try to live by that motto
every day, like my inspiration to be a dad taught me.

Thank you for taking the time to read my letter and I hope the court will see fit to be lenient in this
matter.

Respectfully,

Lt. James Wethington
Maryland Heights Police Department
520 Crown Passage Drive
St. Charles MO 63303
(314)393-1456

January 30, 2024

To Whom It May Concern,

For the past three years, David Maas has provided landscaping services to my yard.  He is reliable, conscientious, and thorough.  He conducts his services with integrity and demonstrates effective planning, communication, and follow-through.  I have appreciated his service greatly. He often goes above and beyond in his work.

Sincerely,

Jennifer Singleton

# Character Reference

From:  Mary Peetz (mkpeetz@sbcglobal.net)

To:     alhicks92@yahoo.com

Date:  Monday, February 5, 2024 at 01:55 PM CST

**To Whom It May Concern:**

I have  been  requested to provide a character reference for Dave Maas.

My name is Mary Peetz.  Dave Maas has been performing grass cutting services for me since 2022.  I have found him to be very professional, friendly, reliable, honest and dedicated to performing excellent services.
Dave Maas cuts grass for myself and four other neighbors.  During this time I have never observed or heard any derogatory comments from anyone about him.

Good help and excellent service are very hard to find with the qualities he has exhibited.  I wish him the best of luck in his
endeavers.
Sent from AT&T Yahoo Mail on Android

Mark Saunchgrow

144 Lake Drive

Elsberry, MO 63343

Promod440@yahoo.com

636-614-9409

2/4/2024


Re: Character Reference for Dave Maas


Your Honor,

I am writing this letter to provide a character reference for Mr. David Maas who is set to appear before your court. I have had the privilege of knowing David for 5  years and have observed his character in various contexts.

David and I first crossed paths through our shared involvement in our love for the outdoors. Dave never came short of offering help around our outdoor community, either helping clean up after floods, or just providing us a nice space to host community events.  From our interactions, I have come to appreciate him as a person of exceptional moral fiber, empathy, and dedication to helping others.

Dave is known for his strong sense of responsibility and dependability. Whether it be in the workplace or within the community, he has consistently proven himself to be a reliable and trustworthy individual. His ability to collaborate with others and lead by example has not gone unnoticed by those who have had the pleasure of working alongside him.

I understand that the circumstances leading to Dave's court appearance are serious, and I do not seek to downplay their significance. However, I believe it is crucial for the court to consider the entirety of his character, including his commitment to his family, friends, and his positive influence on those around him.

I respectfully request the court to take into account Dave's character, his contributions to the community, and his potential for continued positive influence when making decisions related to his case. I trust in the court's ability to consider all aspects fairly and arrive at a just resolution.


Thank you for your time and consideration.


Sincerely,


Mark Saunchgrow

## David Maas

From: (null) (null) (r.asimmons@yahoo.com)

To: alhicks92@yahoo.com

Date: Friday, February 2, 2024 at 07:17 PM CST

My name is Roy Simmons and I am a friend of David Maas. I have known David for ten years as a friend and co-worker, noting that he worked for St.John Police Department and Woodson Terrace Police Department, while I was employed by Breckenridge Hills Police Department, before I retired. I have known David Maas to be a good father and family man. A polite person, who volunteered his time to coach youth wrestling and giving good sound advise to some of the trouble youths on the wrestling team and children in the area of where, he worked.

I pray and hope that you show grace to David Maas for the mistake that he made on that one call that night.  The David Maas that I know was a good Police Officer and made a mistake, by not controlling his emotions, that night. I am sure he regrets not controlling his emotions that night, with hindsight he see all that losing control of his emotion has cost him—please show mercy with probation.        Thanks.                                                                                              Roy A. Simmons             9942 Cambria Drive            St.Louis, Missouri, 63136        314-583-5095              E-mail —R.ASimmons@yahoo.com

Sent from my iPhone

02/01/24

I want to share a few things about a good friend of mine, Dave Maas.  I've gotten to know Dave really well the past few years and I've grown to appreciate him and our friendship.  Dave is the kind of person that you meet, gravitate towards and never forget.  He is always positive, has a smile on his face and has an outgoing personality.  Dave works to help everyone around him, works towards making all of us better and uses constructive means to do this.  Dave is the kind of man that people listen to and are drawn to and want to hear advice from.

As I have gotten to know Dave, I've learned that he loves the outdoors.  He loves gardening, perfecting his landscaping and lawn…I think Dave uses his time like this to relax and take his mind off of things.  He takes pride in his hobbies.  I've watched Dave teach others about planting trees, how to cultivate a garden, he gives health and exercise tips and so on.  I have been to auctions and antique shops with Dave and listened to his interest, what he collects, advice about buying and selling collectibles.  He really has a deep interest in a lot of things.

Like most of us, Dave has worked hard his entire life and made sacrifices for his family.  Because of his career he would work day and night, work holidays, put in long hours and do all he could to provide for everyone else.  Dave is a selfless person and more concerned about the needs and wishes of others, than his own.

Dave loves kids, his own kids, nieces, nephews, and his grandchild.  Last summer he set up my son Doug (who was 10 at the time) with a fishing pole, how to run the line, attach a lure and got him started and excited about fishing, which is something I know nothing about.  I think Dave is a kid at heart, like many of us, and I rarely have seen him without a genuine big smile on his face.  Dave is the kind of friend that I know I can depend on for help with anything.  He is truly a good man.

Respectfully,


**Russell Mansfield**
13234 Oberlag Drive
Wright City, MO 63390
314 640 5559

I have known Dave Maas for several years. He has always been a dependable, thoughtful person. He is also a great friend to all his neighbors, they all think very highly of him. He is alway ready to help in anyway he can.

Respectfully
Hiley Harper

Stephen R. Polster
2829 Olde Chelsea Dr.
St. Charles,  MO  63301
02/15/2024

Honorable Judge,

I am writing this letter of reference on behalf of Dave Maas, former Sergeant from the
Woodson Terrace Police Department.  I am a 30 year veteran police officer, who retired
in 2017, from the St. Charles City Police Department.  I first met Dave, while I was
employed as an officer with the Woodson Terrace Police Department, from 1987 to 1992.
During that time Dave was working for the St. John Police Department, as a police
officer.

During my time at Woodson Terrace, both Woodson Terrace and St. John P.D, were
dispatched by Overland Police Department.  Woodson Terrace and St. John P.D. were
also neighboring Departments, who would routinely back each other up on calls.  With
both being smaller departments, it was a typical practice for neighboring departments to
back up each other on high priority calls.  These types of calls included, domestic
violence, fights in progress, robberies, burglaries in progress, and other similar in nature
calls.

  Having been on numerous such calls with Officer Maas, I recall he used good judgment,
had excellent officer safety skills, and I never witnessed any instances where he used
excessive force, or abused his authority.  Officer Maas, kept himself very physically fit,
and was not one who felt he had to prove his physical capabilities. In fact his mere
presence, demeanor, verbal skills and no nonsense approach, was usually all the tools he
used to bring a situation under control.

After leaving Woodson Terrace, to work for St. Charles City Police Department, I still
kept in contact with my friends from Woodson Terrace, including the late Woodson
Terrace, Chief of Police, Bob Dowling, and now retired Captain Michael Thompson.  In
addition my son John Polster was also employed as a police officer with the Woodson
Terrace Police Department and worked with Dave Maas.  On the occasions that Maas's
name was brought up it was always in a positive way.

It should also be noted, that during the Ferguson rioting, Maas and my son John Polster ,
were side by side, on the front lines of these violent demonstrations.  According to my
Son, there were assaults on them, persons taunting, spitting, challenging the officers, as
well as numerous objects being thrown at them.   During this very volatile situation,
where Officers were placing their lives on the line, attempting to protect lives and
property, both Maas and my Son, demonstrated great restraint, in dealing with these
unruly offenders, while doing their part to bring this to a peaceful resolution.

As for the incident in which Sgt. Maas, was charged with, using excessive force, I ask that your Honor take in consideration the full totality of the events leading up to this unfortunate incident.  Having myself  been in pursuits of armed violent felons, I too understand the stress, intensity, adrenal rush, that occurs during these most dangerous duties a police officer is involved with.  In addition to the original offense, the pursuing officer witnesses the offender placing the public, other officers, and himself in extreme danger.  In dealing with such a stressful situation, which occurred over a significant amount of time, it usually takes a period of time to decompress.  This sometimes results in an officer having a momentary lapse of judgment.

While thinking of this incident Maas was involved with, I also think of the 30 years of service he provided to the public.  The lives he saved, all the people he has helped in the past, the positive influence he had on so many youths, and all the times he placed his life on the line for others. In placing judgment, I pray that you take the entire career of Maas in consideration and not this momentary lapse in judgment, which occurred in an extremely heightened stressful time.

Respectfully Submitted

Retired Officer S. Polster DSN 167  SCPD